## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

ANN LEWANDOWSKI, on her own behalf and
on behalf of a class of those similarly situated,

        *Plaintiff*,

v.

JOHNSON AND JOHNSON, THE PENSION &
BENEFITS COMMITTEE OF JOHNSON AND
JOHNSON, PETER FASOLO, WARREN
LUTHER, LISA BLAIR DAVIS, and DOES 1-20.

        *Defendants.*

No. 3:24-cv-00671

**MOTION ON BEHALF OF
JAMIE CROOKS TO APPEAR
*PRO HAC VICE***

Pursuant to Local Rule 101.1(c), undersigned counsel, being duly admitted to practice before and in good standing with this Court, hereby moves the admission *pro hac vice* of Attorney Jamie Crooks of Fairmark Partners, LLP. Mr. Crooks is a member in good standing of the bar of the District of Columbia, and his Certificate of Good Standing is attached. Mr. Crooks has never been the subject of a disciplinary proceeding in any jurisdiction, nor is any such proceeding pending in any jurisdiction. I hereby affirm that Mr. Crooks has familiarized himself with the Local Rules governing practice in this Court and will conduct himself in accordance therewith.

Dated: February 14, 2024.

        **WHEELER, DIULIO & BARNABEI, P.C.**

        By: ___*/s/ Michael Casper*___
        MICHAEL CASPER, ESQUIRE
        Attorney I.D. No.: 037962013
        1650 Arch Street, Site 2200
        Philadelphia, PA 19103
        (215) 971-1000
        mcasper@wdblegal.com

        *Counsel for Plaintiff and the Proposed Class*



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals,
the District of Columbia Bar does hereby certify that

## *James Wesley Crooks*

*was duly qualified and admitted on February 5, 2018 as an attorney and counselor entitled to
practice before this Court; and is, on the date indicated below, an Active member in good
standing of this Bar.*

**In Testimony Whereof,
I have hereunto subscribed my
name and affixed the seal of this
Court at the City of
Washington, D.C., on May 08, 2023.**

**JULIO A. CASTILLO**
**Clerk of the Court**

Issued By:

David Chu - Director, Membership
District of Columbia Bar Membership

*For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email
memberservices@dcbar.org.*