# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ANN LEWANDOWSKI, on her own behalf and on behalf of a class of those similarly situated, | : |
| | : |
| | : |
| *Plaintiff,* | : |
| | : |
| v. | :     No. 3:24-cv-00671 |
| | : |
| JOHNSON AND JOHNSON, THE PENSION & BENEFITS COMMITTEE OF JOHNSON AND JOHNSON, PETER FASOLO, WARREN LUTHER, LISA BLAIR DAVIS, and DOES 1-20 | : |
| | : |
| | : |
| | : |
| *Defendants* | : |

## CERTIFICATE OF SERVICE

I, Michael Casper, being duly sworn according to law, state that I am an attorney with the law firm of Wheeler, DiUlio & Barnabei, P.C., attorneys for Plaintiff, Ann Lewandowski, on her own behalf and on behalf of a class of those similarly situated, and that a true and correct copy of this Motion for Admission *Pro Hac Vice* was filed electronically and is available for viewing and downloading from the Electronic Case filing system, which constitutes service upon the following:

Johnson and Johnson
1 Johnson and Johnson Plaza
New Brunswick, NJ 08933

Peter Fasolo
1 Johnson and Johnson Plaza
New Brunswick, NJ 08933

The Pension & Benefits Committee
   of Johnson and Johnson
1 Johnson and Johnson Plaza
New Brunswick, NJ 08933

Warren Luther
1 Johnson and Johnson Plaza
New Brunswick, NJ 08933

Lisa Blair Davis
1 Johnson and Johnson Plaza
New Brunswick, NJ 08933

WHEELER DIULIO & BARNABEI, P.C.


BY:     */s/ Michael J. Casper*
               MICHAEL J. CASPER, ESQUIRE
               Attorney I.D. No.: 313385
               1650 Arch Street - Suite 2200
               Philadelphia, PA 19103
               Attorney for Plaintiff(s)