UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ANN LEWANDOWSKI, on her own behalf and on behalf of a class of those similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>JOHNSON AND JOHNSON, THE PENSION & BENEFITS COMMITTEE OF JOHNSON AND JOHNSON, PETER FASOLO, WARREN LUTHER, LISA BLAIR DAVIS, and DOES 1-20.<br><br>*Defendants.* | No. 3:24-cv-00671<br><br>**MOTION ON BEHALF OF MICHAEL LIEBERMAN TO APPEAR *PRO HAC VICE*** |

Pursuant to Local Rule 101.1(c), undersigned counsel, being duly admitted to practice before and in good standing with this Court, hereby moves the admission *pro hac vice* of Attorney Michael Lieberman of Fairmark Partners, LLP. Mr. Lieberman is a member in good standing of the bar of the District of Columbia, and his Certificate of Good Standing is attached. Mr. Lieberman has never been the subject of a disciplinary proceeding in any jurisdiction, nor is any such proceeding pending in any jurisdiction. I hereby affirm that Mr. Lieberman has familiarized himself with the Local Rules governing practice in this Court and will conduct himself in accordance therewith.

Dated: February 14, 2024

                                        **WHEELER, DIULIO & BARNABEI, P.C.**

                                        By: ___*/s/ Michael Casper*___
                                        MICHAEL CASPER, ESQUIRE
                                        Attorney I.D. No.: 037962013
                                        1650 Arch Street, Site 2200
                                        Philadelphia, PA 19103
                                        (215) 971-1000
                                        mcasper@wdblegal.com
                                        *Counsel for Plaintiff and the Proposed Class*



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

# Michael Dallas Lieberman

was duly qualified and admitted on August 8, 2016 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.

*In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on January 09, 2024.*

JULIO A. CASTILLO
Clerk of the Court

Issued By:

David Chu - Director, Membership
District of Columbia Bar Membership

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.