## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ANN LEWANDOWSKI, on her own behalf and on behalf of a class of those similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>JOHNSON AND JOHNSON, THE PENSION & BENEFITS COMMITTEE OF JOHNSON AND JOHNSON, PETER FASOLO, WARREN LUTHER, LISA BLAIR DAVIS, and DOES 1-20.<br><br>*Defendants*. | No. 3:24-cv-00671 |

**[PROPOSED] ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE***

AND NOW, ON THIS _____ day of _____ 2024, upon consideration of the Uncontested Motion for Admission *Pro Hac* Vice of Michael Lieberman, and any response thereto, it is hereby ORDERED and DECREED that said Motion is GRANTED, and that Michael Lieberman is hereby admitted *pro hac vice* to the bar of this court for the purposes of the within litigation.

**BY THE COURT:**

_____