UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

ANN LEWANDOWSKI, on her own behalf and on behalf of a class of those similarly situated,

*Plaintiff*,

v.

JOHNSON AND JOHNSON, THE PENSION & BENEFITS COMMITTEE OF JOHNSON AND JOHNSON, PETER FASOLO, WARREN LUTHER, LISA BLAIR DAVIS, and DOES 1-20.

*Defendants.*

No. 3:24-cv-00671

## AFFIDAVIT OF SERVICE

1. I, Michael Casper, am attorney of record for Plaintiffs in this action and am fully familiar with the facts set forth herein.

2. On February 12, 2024, a true and correct copy of the Summons and Complaint in the above-captioned matter was served upon Defendant, Johnson and Johnson, by Process Server, and I have attached the return of service.

3. I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

WHEELER, DiULIO & BARNABEI, P.C.

BY: _____
MICHAEL CASPER, ESQUIRE
Attorney I.D. No. 03792013
1650 Arch Street, Suite 2200
Philadelphia, PA 19103
(215) 971-1000
Attorney for Plaintiffs

Sworn to and subscribed before me this 28th day of Feb. 2024.

*Jean Squitiere*

Commonwealth of Pennsylvania - Notary Seal
JEAN SQUITIERE - Notary Public
Philadelphia County
My Commission Expires February 17, 2028
Commission Number 1158489

# AFFIDAVIT OF SERVICE

| Case: 3:24-CV-00671-ZNQ-RLS | Court: United States District Court Distict of New Jersey | Job: 10394503 |
|---|---|---|
| Plaintiff / Petitioner: ANN LEWANDOWSKI | | Defendant / Respondent: JOHNSON AND JOHNSON, ET AL. |
| Received by: Harris Investigations, LLC | | For: Wheeler Diulio & Barnabei |
| To be served upon: JOHNSON AND JOHNSON | | |

I, Michele Harris, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** JOHNSON AND JOHNSON, 1 Johnson and Johnson Plaza, New Brunswick, NJ 08933
**Manner of Service:** Authorized, Feb 12, 2024, 11:19 am EST
**Documents:** Summons (Received Feb 8, 2024 at 11:46am EST), Complaint (Received Feb 8, 2024 at 11:46am EST)

**Additional Comments:**
1) Unsuccessful Attempt: Feb 8, 2024, 10:31 am EST at 1 Johnson and Johnson Plaza, New Brunswick, NJ 08933
submitted the forms required for acceptance of service

2) Unsuccessful Attempt: Feb 12, 2024, 10:37 am EST at 1 Johnson and Johnson Plaza, New Brunswick, NJ 08933
submitted again since they havent accepted or denied it

3) Successful Attempt: Feb 12, 2024, 11:19 am EST at 1 Johnson and Johnson Plaza, New Brunswick, NJ 08933 received by JOHNSON AND JOHNSON.
This email confirms receipt of the documents intended for service on Johnson & Johnson.


Johnson & Johnson

Law Department

_____    2/12/24
Michele Harris                Date

Harris Investigations, LLC
PO Box 304
Lansdale, Pa 19446
215-368-1760