UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

ANN LEWANDOWSKI, on her own behalf and on behalf of a class of those similarly situated,

*Plaintiff,*

v.

JOHNSON AND JOHNSON, THE PENSION & BENEFITS COMMITTEE OF JOHNSON AND JOHNSON, PETER FASOLO, WARREN LUTHER, LISA BLAIR DAVIS, and DOES 1-20.

*Defendants.*

No. 3:24-cv-00671

**AFFIDAVIT OF SERVICE**

1. I, Michael Casper, am attorney of record for Plaintiffs in this action and am fully familiar with the facts set forth herein.

2. On February 8, 2024, a true and correct copy of the Summons and Complaint in the above-captioned matter was served upon Defendant, The Pension & Benefits Committee of Johnson and Johnson, by Process Server, and I have attached the return of service.

3. I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

WHEELER, DiULIO & BARNABEI, P.C.

BY: _____
MICHAEL CASPER, ESQUIRE
Attorney I.D. No. 03792013
1650 Arch Street, Suite 2200
Philadelphia, PA 19103
(215) 971-1000
Attorney for Plaintiffs

Sworn to and subscribed before me this 28th day of Feb. 2024.

*Jean Squitiere*

Commonwealth of Pennsylvania - Notary Seal
JEAN SQUITIERE - Notary Public
Philadelphia County
My Commission Expires February 17, 2028
Commission Number 1158489

# AFFIDAVIT OF SERVICE

| Case: | Court: | Job: |
|---|---|---|
| 3:24-CV-00671-ZNQ-RLS | United States District Court Distict of New Jersey | 10394505 |
| **Plaintiff / Petitioner:** ANN LEWANDOWSKI | | **Defendant / Respondent:** JOHNSON AND JOHNSON, ET AL. |
| **Received by:** Harris Investigations, LLC | | **For:** Wheeler Diulio & Barnabei |
| **To be served upon:** THE PENSION & BENEFITS COMMITTEE OF JOHNSON AND JOHNSON | | |

I, Michele Harris, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** THE PENSION & BENEFITS COMMITTEE OF JOHNSON AND JOHNSON, 1 Johnson and Johnson Plaza, New Brunswick, NJ 08933

**Manner of Service:** Corporation, Feb 8, 2024, 2:12 pm EST

**Documents:** Summons (Received Feb 8, 2024 at 11:46am EST), Complaint (Received Feb 8, 2024 at 11:46am EST)

**Additional Comments:**
1) Unsuccessful Attempt: Feb 8, 2024, 10:29 am EST at 1 Johnson and Johnson Plaza, New Brunswick, NJ 08933 submitted the required forms for acceptance of service

2) Successful Attempt: Feb 8, 2024, 2:12 pm EST at 1 Johnson and Johnson Plaza, New Brunswick, NJ 08933 received by THE PENSION & BENEFITS COMMITTEE OF JOHNSON AND JOHNSON.
This email confirms receipt of the documents intended for service on the Pension & Benefits Committee of Johnson & Johnson.

Johnson & Johnson

Law Department

_____    2/9/24
Michele Harris                Date

Harris Investigations, LLC
PO Box 304
Lansdale, Pa 19446
215-368-1760