UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

ANN LEWANDOWSKI, on her own behalf and on behalf of a class of those similarly situated,

*Plaintiff,*

v.

JOHNSON AND JOHNSON, THE PENSION & BENEFITS COMMITTEE OF JOHNSON AND JOHNSON, PETER FASOLO, WARREN LUTHER, LISA BLAIR DAVIS, and DOES 1-20.

*Defendants.*

No. 3:24-cv-00671

**AFFIDAVIT OF SERVICE**

1. I, Michael Casper, am attorney of record for Plaintiffs in this action and am fully familiar with the facts set forth herein.

2. On February 8, 2024, a true and correct copy of the Summons and Complaint in the above-captioned matter was served upon Defendant, Lisa Blair Davis, by Process Server, and I have attached the return of service.

3. I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Sworn to and subscribed before me this 28th day of Feb. 2024.

*Jean Squitiere*

Commonwealth of Pennsylvania - Notary Seal
JEAN SQUITIERE - Notary Public
Philadelphia County
My Commission Expires February 17, 2028
Commission Number 1158489

WHEELER, DiULIO & BARNABEI, P.C.

BY: _____
MICHAEL CASPER, ESQUIRE
Attorney I.D. No. 03792013
1650 Arch Street, Suite 2200
Philadelphia, PA 19103
(215) 971-1000
Attorney for Plaintiffs

# AFFIDAVIT OF SERVICE

| Case:<br>3:24-CV-00671-ZNQ-RLS | Court:<br>United States District Court Distict of New Jersey | Job:<br>10394511 |
|---|---|---|
| Plaintiff / Petitioner:<br>ANN LEWANDOWSKI | | Defendant / Respondent:<br>JOHNSON AND JOHNSON, ET AL. |
| Received by:<br>Harris Investigations, LLC | | For:<br>Wheeler Diulio & Barnabei |
| To be served upon:<br>LISA BLAIR DAVIS | | |

I, Michele Harris, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

Recipient Name / Address:   LISA BLAIR DAVIS, 1 Johnson and Johnson Plaza, New Brunswick, NJ 08933
Manner of Service:   Corporation, Feb 8, 2024, 12:38 pm EST
Documents:   Summons (Received Feb 8, 2024 at 11:46am EST), Complaint (Received Feb 8, 2024 at 11:46am EST)

Additional Comments:
1) Unsuccessful Attempt: Feb 8, 2024, 9:39 am EST at 1 Johnson and Johnson Plaza, New Brunswick, NJ 08933
Completed the required forms and submitted this for acceptance

2) Successful Attempt: Feb 8, 2024, 12:38 pm EST at 1 Johnson and Johnson Plaza, New Brunswick, NJ 08933 received by LISA BLAIR DAVIS. This email confirms receipt of the documents intended for service on behalf of Lisa Blair Davis.

Johnson & Johnson

Law Department

_____     2/8/24
Michele Harris                              Date

Harris Investigations, LLC
PO Box 304
Lansdale, Pa 19446
215-368-1760