UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEW JERSEY

ANN LEWANDOWSKI

    Plaintiff(s),

v.

JOHNSON AND JOHNSON, et al.

    Defendant(s)

**REQUEST BY LOCAL COUNSEL FOR PRO HAC VICE ATTORNEY TO RECEIVE ELECTRONIC NOTIFICATION**

Civil Action No. 3:24-cv-00671

Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notifications in the within matter, and it is represented that:

1. An order of the Court granting a motion to appear *pro hac vice* in the within matter has been entered; and

2. If admission was granted after March 22, 2005, the Admission Fee, in the amount of $150, pursuant to L.Civ.R. 101.1(c)(3), has been paid to the Clerk of the Court.

                              Signature of Local Counsel

PRO HAC VICE ATTORNEY INFORMATION:

Name: Michael Lieberman

Address: Fairmark Partners LLP

1001 G Street NW

Suite 400 East

Washington, DC 20001

E-mail: michael@fairmarklaw.com

(One email address only)

DNJ-CMECF-002