## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ANN LEWANDOWSKI, on her own behalf and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>JOHNSON AND JOHNSON, THE PENSION & BENEFITS COMMITTEE OF JOHNSON AND JOHNSON, PETER FASOLO, WARREN LUTHER, LISA BLAIR DAVIS, and DOES 1-20.<br><br>Defendants. | Civil Action No.: 1:24-cv-671-ZNQ-RLS<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that, the undersigned counsel, Ronald L. Israel, Esq., hereby enters his appearance in the above-captioned matter as counsel for Defendants.

**CHIESA SHAHINIAN & GIANTOMASI PC**

Dated:  February 29, 2024

By: /s/ *Ronald L. Israel*
Ronald L. Israel (031271990)
105 Eisenhower Parkway
Roseland, NJ 07068
risrael@csglaw.com

*Counsel for Defendants*

4885-2892-1001.v1

## **CERTIFICATE OF SERVICE**

      I, Ronald L. Israel, hereby certify that on February 29, 2024, I caused a true and correct copy of the foregoing Notice of Appearance of Counsel to be served using the Court's CM/ECF system, and thereby electronically served it upon all registered ECF users in this case.

                            /s/ *Ronald L. Israel*
                            Ronald L. Israel