UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ANN LEWANDOWSKI, on her own behalf and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>JOHNSON AND JOHNSON, THE PENSION & BENEFITS COMMITTEE OF JOHNSON AND JOHNSON, PETER FASOLO, WARREN LUTHER, LISA BLAIR DAVIS, and DOES 1-20.<br><br>Defendants. | Civil Action No.: 3:24-cv-671-ZNQ-RLS<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that, the undersigned counsel, Jeffrey S. Chiesa, Esq., hereby enters his appearance in the above-captioned matter as counsel for Defendants.

**CHIESA SHAHINIAN & GIANTOMASI PC**

Dated:  February 29, 2024

By: /s/ *Jeffrey S. Chiesa*
Jeffrey S. Chiesa (040231996)
105 Eisenhower Parkway
Roseland, NJ 07068
jchiesa@csglaw.com

*Counsel for Defendants*

4859-2320-9129.v3

**CERTIFICATE OF SERVICE**

I, Jeffrey S. Chiesa, hereby certify that on February 29, 2024, I caused a true and correct copy of the foregoing Notice of Appearance of Counsel to be served using the Court's CM/ECF system, and thereby electronically served it upon all registered ECF users in this case.

/s/ *Jeffrey S. Chiesa*
Jeffrey S. Chiesa

4859-2320-9129.v3