# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ANN LEWANDOWSKI, on her own behalf and on behalf of all others similarly situated, | Civil Action No.:  3:24-cv-671-ZNQ-RLS |
| Plaintiff, | |
| v. | **NOTICE OF APPEARANCE** |
| JOHNSON AND JOHNSON, THE PENSION & BENEFITS COMMITTEE OF JOHNSON AND JOHNSON, PETER FASOLO, WARREN LUTHER, LISA BLAIR DAVIS, and DOES 1-20. | |
| Defendants. | |

PLEASE TAKE NOTICE that, the undersigned counsel, Kathryn Pearson, Esq., hereby enters her appearance in the above-captioned matter as counsel for Defendants.

**CHIESA SHAHINIAN & GIANTOMASI PC**

Dated:  February 29, 2024

By:  /s/ *Kathryn Pearson*
Kathryn Pearson (021982012)
105 Eisenhower Parkway
Roseland, NJ 07068
kpearson@csglaw.com

*Counsel for Defendants*

4879-4296-3625.v1

## <u>CERTIFICATE OF SERVICE</u>

I, Kathryn Pearson, hereby certify that on February 29, 2024, I caused a true and correct copy of the foregoing Notice of Appearance of Counsel to be served using the Court's CM/ECF system, and thereby electronically served it upon all registered ECF users in this case.


<u>/s/ *Kathryn Pearson*</u>
Kathryn Pearson

4879-4296-3625.v1