# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ANN LEWANDOWSKI, on her own behalf and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>JOHNSON AND JOHNSON, THE PENSION & BENEFITS COMMITTEE OF JOHNSON AND JOHNSON, PETER FASOLO, WARREN LUTHER, LISA BLAIR DAVIS, and DOES 1-20.<br><br>Defendants. | Civil Action No.:  3:24-cv-671-ZNQ-RLS<br><br>**Hon. Zahid N. Quraishi**<br>**Hon. Rukhsanah L. Singh** |

## **CERTIFICATE OF SERVICE**

I, Jeffrey S. Chiesa, certify that on February 29, 2024, copies of the following documents were served electronically on all registered counsel of record via ECF and are available for viewing and downloading from the ECF system:

- Notice of Motion for the *Pro Hac Vice* application of Scott D. Stein;

- Certification of Jeffrey S. Chiesa, in support of the Motion for *Pro Hac Vice* Admission of Scott D. Stein;

- Certification of Scott D. Stein in support of his Motion for *Pro Hac Vice* Admission;

- [Proposed] Order Granting Motion of *Pro Hac Vice* Admission of Scott D. Stein.

                                                Respectfully Submitted,

Dated:  February 29, 2024              /s/ *Jeffrey S. Chiesa*
                                                  Jeffrey S. Chiesa
                                                  CHIESA SHAHINIAN & GIANTOMASI PC
                                                  105 Eisenhower Parkway
                                                  Roseland, NJ 07068
                                                  (973) 530-2050
                                                  jchiesa@csglaw.com

                                                  *Counsel for Defendants*