**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ANN LEWANDOWSKI, on her own behalf and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>JOHNSON AND JOHNSON, THE PENSION & BENEFITS COMMITTEE OF JOHNSON AND JOHNSON, PETER FASOLO, WARREN LUTHER, LISA BLAIR DAVIS, and DOES 1-20.<br><br>Defendants. | No. 3:24-cv-00671-ZNQ-RLS |

**CERTIFICATE OF SERVICE**

    I, Michael Eisenkraft, being duly sworn according to law, state that I am an attorney with the law firm of Cohen Milstein Sellers & Toll, PLLC, one of the attorneys for Plaintiff Ann Lewandowski, on her own behalf and on behalf of a class of those similarly situated, and that a true and correct copy of this Notice of Appearance of Michael Eisenkraft was filed electronically and is available for viewing and downloading from the Electronic Case filing system, which constitutes service upon Defendants through their counsel of record

                                      COHEN MILSTEIN SELLERS & TOLL, PLLC

                    BY:        /s/ *Michael Eisenkraft*
                                     Michael Eisenkraft
                                     Attorney I.D. No.: 016532004
                                     88 Pine Street, 14th Floor
                                     New York, New York 10005
                                     *Counsel for Plaintiff*