Jeffrey S. Chiesa
CHIESA, SHAHINIAN & GIANTOMASI PC
105 Eisenhower Parkway
Roseland, NJ 07068
(973) 530-2050
jchiesa@csglaw.com

*Counsel for Defendants*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ANN LEWANDOWSKI, on her own behalf and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>JOHNSON AND JOHNSON, THE PENSION & BENEFITS COMMITTEE OF JOHNSON AND JOHNSON, PETER FASOLO, WARREN LUTHER, LISA BLAIR DAVIS, and DOES 1-20.<br><br>    Defendants. | Civil Action No.: 3:24-cv-671-ZNQ-RLS<br><br>**Hon. Zahid N. Quraishi**<br>**Hon. Rukhsanah L. Singh** |

**NOTICE OF MOTION FOR *PRO HAC VICE*
ADMISSION OF MARK B. BLOCKER**

**PLEASE TAKE NOTICE** that on April 1, 2024, or a date to be selected by the Court, the undersigned attorney for Defendants shall move for an Order granting Mark B. Blocker admission to the Bar of this Court *pro hac vice* for the purpose of representing Defendants in this matter.

**PLEASE TAKE FURTHER NOTICE** that in support of this application, Plaintiff shall rely upon the Certification of Jeffrey S. Chiesa, and the Certification of Mark B. Blocker, which are being filed simultaneously herewith;

**PLEASE TAKE FURTHER NOTICE** that pursuant to Local Civil Rule 7.1(d)(4), no brief is necessary for this application because all facts in support of this application are set forth in the accompanying certifications and there are no legal issues that must be briefed in connection with this application;

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order admitting Mark B. Blocker *pro hac vice* is submitted herewith; and

**PLEASE TAKE FURTHER NOTICE** that counsel for Plaintiff consents to this application.

February 29, 2024

Respectfully submitted,

*/s/ Jeffrey S. Chiesa*
Jeffrey S. Chiesa

**CHIESA, SHAHINIAN &
GIANTOMASI PC**
105 Eisenhower Parkway
Roseland, NJ 07068
(973) 530-2050
jchiesa@csglaw.com

*Counsel for Defendants*