Jeffrey S. Chiesa
CHIESA, SHAHINIAN & GIANTOMASI PC
105 Eisenhower Parkway
Roseland, NJ 07068
(973) 530-2050
jchiesa@csglaw.com

*Counsel for Defendants*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ANN LEWANDOWSKI, on her own behalf and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> JOHNSON AND JOHNSON, THE PENSION & BENEFITS COMMITTEE OF JOHNSON AND JOHNSON, PETER FASOLO, WARREN LUTHER, LISA BLAIR DAVIS, and DOES 1-20. <br><br> Defendants. | Civil Action No.: 3:24-cv-671-ZNQ-RLS <br><br> **Hon. Zahid N. Quraishi** <br> **Hon. Rukhsanah L. Singh** |

**CERTIFICATION OF JEFFREY S. CHIESA, IN SUPPORT OF MOTION
FOR *PRO HAC VICE* ADMISSION OF MARK B. BLOCKER**

I, JEFFREY S. CHIESA, of full age, certify as follows:

1. I am an attorney-at-law in good standing of the State of New Jersey and the United States District Court for the District of New Jersey, and a member of the executive committee at the law firm of Chiesa, Shahinian & Giantomasi PC, attorneys for Defendants in this matter. I am also an attorney-at-law in good standing of the State Bar of New Jersey and the United States Court of Appeals for the Third Circuit. I submit this Certification in support of the application of Mark B. Blocker to be admitted *pro hac vice* in this matter on behalf of Defendants. I am fully

1

familiar with the facts herein.

2. Submitted herewith is the Certification of Mark B. Blocker in support of his application for admission *pro hac vice*.

3. I am counsel of record for Defendants in this matter and have agreed to serve as New Jersey counsel on behalf of Defendants and to comply with the requirements set forth in Local Civil Rules 11.1 and 101.1(c) and Rules 1:20-1(b), 1:21-2(b), 1:21-7, and 1:28-2 of the New Jersey Court Rules. I will be responsible for receiving and signing all pleadings, briefs, and other papers submitted to this Court, and for the conduct of the cause and counsel in this matter. I agree to strictly observe the dates fixed for hearing on motions, pretrial conferences, and trials in this matter, and that I or another member of this firm admitted in New Jersey will attend all court appearances.

4. I agree to be responsible for Mark B. Blocker's compliance with the requirements set forth in Local Civil Rule 101.1(c).

5. Counsel for all parties have consented to this application and the *pro hac vice* admission of Mark B. Blocker.

6. I respectfully request that the Court admit Mark B. Blocker for the purposes of appearing for and representing Defendants in this action.

      I certify under penalty of perjury that the foregoing statements made by me are true and correct.

                                                Respectfully submitted,

                                                */s/ Jeffrey S. Chiesa*
                                                Jeffrey S. Chiesa
                                                CHIESA, SHAHINIAN & GIANTOMASI PC
                                                105 Eisenhower Parkway
                                                Roseland, NJ 07068
                                                (973) 530-2050
                                                jchiesa@csglaw.com

February 29, 2024                                    *Counsel for Defendants*