UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ANN LEWANDOWSKI, on her own behalf and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>JOHNSON AND JOHNSON, THE PENSION & BENEFITS COMMITTEE OF JOHNSON AND JOHNSON, PETER FASOLO, WARREN LUTHER, LISA BLAIR DAVIS, and DOES 1-20.<br><br>Defendants. | Civil Action No.: 3:24-cv-671-ZNQ-RLS<br><br>**Hon. Zahid N. Quraishi**<br>**Hon. Rukhsanah L. Singh** |

**CERTIFICATION OF MARK B. BLOCKER**
**IN SUPPORT OF MOTION FOR *PRO HAC VICE* ADMISSION**

I, MARK B. BLOCKER, of full age, certify as follows:

1. I am a Partner with the law firm Sidley Austin LLP, counsel for Defendants in the above-titled action. I submit this Certification in support of my request for admission *pro hac vice* pursuant to Local Civil Rule 101.1(c).

2. My office address is 1 South Dearborn, Chicago, Illinois 60603.

3. I do not reside, maintain an office, or regularly practice law in New Jersey, and am not admitted to the bar of the Supreme Court of New Jersey. As such, I am not eligible for permanent admission to the Bar of this Court under Local Civil Rule 101.1(b).

4. I am a member in good standing in each of the jurisdictions set forth in Exhibit A to this Certification.

5. I have never been subject to discipline by any court or governing body, and no disciplinary proceedings are pending against me in any jurisdiction.

4882-3211-2297.v1

6. I am familiar with the Local Civil Rules of the United States District Court for the District of New Jersey and will abide by those rules. I agree to be bound by the rules governing practice in the District of New Jersey, including the disciplinary rules. Upon admission, I will make a payment of $150 to the Clerk of the Court pursuant to Local Rule 101.1(c), and I will make the required payment to the New Jersey Lawyers' Fund for Client Protection as directed by New Jersey State Court Rule 1:28-2(a).

I certify under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

/s/ Mark B. Blocker
Mark B. Blocker

February 29, 2024

**Attachment A**

| | |
|---|---|
| Supreme Court of Illinois<br>200 E. Capital Avenue<br>Springfield, IL 62701 | 1988 |
| Supreme Court of the United States<br>1 First Street, NE<br>Washington, DC 20543 | 2019 |
| United States Court of Appeals for the First Circuit<br>1 Courthouse Way,<br>Boston, MA 02210 | 2017 |
| United States Court of Appeals for the Second Circuit<br>Thurgood Marshall United States Courthouse<br>40 Foley Square<br>New York, NY 10007 | 2016 |
| United States Court of Appeals for the Third Circuit<br>601 Market St Ste 18614<br>Philadelphia, PA 19106 | 2013 |
| United States Court of Appeals for the Fourth Circuit<br>1000 E. Main Street<br>Richmond, VA 23219 | 2019 |
| United States Court of Appeals for the Fifth Circuit<br>600 S Maestri Place<br>Suite 115<br>New Orleans, LA 70130 | 2000 |
| United States Court of Appeals for the Sixth Circuit<br>100 E 5th Street<br>Cincinnati, OH 45202 | 2013 |
| United States Court of Appeals for the Seventh Circuit<br>Dirksen United States Courthouse<br>219 S. Dearborn Street<br>Room 2722<br>Chicago, IL 60604 | 1998 |
| United States Court of Appeals for the Eighth Circuit<br>Thomas F. Eagleton Courthouse<br>111 South 10th Street<br>St. Louis, MO 63102 | 2008 |

| | |
|---|---|
| United States Court of Appeals for the Ninth Circuit<br>95 7th Street<br>San Francisco, CA 94103 | 2010 |
| United States Court of Appeals for the Tenth Circuit<br>1823 Stout Street<br>Denver, CO 80202 | 1997 |
| United States Court of Appeals for the Federal Circuit<br>717 Madison Place, NW<br>Washington, DC 20439 | 2017 |
| United States Court of Appeals for Veterans Claims<br>625 Indiana Ave NW Ste 900<br>Washington, DC 20004 | 2018 |
| United States District Court for the Central District of Illinois<br>100 NE Monroe Street<br>Peoria, IL 61602 | 2000 |
| United States District Court for the Southern District of Illinois<br>721 Missouri Avenue<br>East St Louis, IL 62201 | 2003 |
| United States District Court for the Northern District of Illinois<br>Dirksen United States Courthouse<br>219 S. Dearborn Street<br>Chicago, IL 60604 | 1989 |
| United States District Court for the Eastern District of Michigan<br>Theodore Levin United States Courthouse<br>231 W. Lafayette Blvd.<br>Detroit, MI 48226 | 2018 |
| United States District Court for the Eastern District of Michigan<br>Theodore Levin United States Courthouse<br>231 W. Lafayette Blvd.<br>Detroit, MI 48226 | 2023 |
| United States District Court for the Eastern District of Wisconsin<br>517 E. Wisconsin Ave. Rm. 362<br>Milwaukee, WI 53202 | 1999 |
| United States District Court for the District of Colorado<br>901 19th St Ste 105A<br>Denver, CO 80294 | 2014 |