# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ANN LEWANDOWSKI, on her own behalf and on behalf of all others similarly situated,<br><br>                      Plaintiff,<br>v.<br><br>JOHNSON AND JOHNSON, THE PENSION & BENEFITS COMMITTEE OF JOHNSON AND JOHNSON, PETER FASOLO, WARREN LUTHER, LISA BLAIR DAVIS, and DOES 1-20.<br><br>                      Defendants. | No. 3:24-cv-00671-ZNQ-RLS<br><br>**MOTION ON BEHALF OF KAI RICHTER TO APPEAR PRO HAC VICE** |

Pursuant to Local Rule 101.1(c), undersigned counsel, being duly admitted to practice before and in good standing with this Court, hereby moves the admission *pro hac vice* of Attorney Kai Richter of Cohen Milstein Sellers & Toll, PLLC. Mr. Richter is a member in good standing of the bar of the state of Minnesota, and his Certificate of Good Standing is attached. Mr. Richter has never been the subject of a disciplinary proceeding in any jurisdiction, nor is any such proceeding pending in any jurisdiction. I hereby affirm that Mr. Richter has familiarized himself with the Local Rules governing practice in this Court and will conduct himself in accordance therewith. Defendants do not oppose this motion.

Dated: February 29, 2024.

                                                  Respectfully submitted,

                                                  /s/ *Michael Eisenkraft*
                                                  Michael Eisenkraft (NJ Bar No. 016532004)
                                                  Cohen Milstein Sellers & Toll PLLC
                                                  88 Pine Street, 14th Floor
                                                  New York, New York 10005
                                                  (212) 838-7797
                                                  meisenkraft@cohenmilstein.com

                                                  *Counsel for Plaintiff*

# STATE OF MINNESOTA IN SUPREME COURT

*Certificate of Good Standing*

This is to certify that the following lawyer is in good standing

KAI HEINRICH RICHTER

was duly admitted to practice as a lawyer and counselor at law in all the courts of this state on

October 29, 1999

Given under my hand and seal of this court on

February 28, 2024

Emily J. Eschweiler, Director
Office of Lawyer Registration