# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ANN LEWANDOWSKI, on her own behalf and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>JOHNSON AND JOHNSON, THE PENSION & BENEFITS COMMITTEE OF JOHNSON AND JOHNSON, PETER FASOLO, WARREN LUTHER, LISA BLAIR DAVIS, and DOES 1-20.<br><br>Defendants. | No. 3:24-cv-00671-ZNQ-RLS |

**[PROPOSED] ORDER GRANTING MOTION TO APPEAR PRO HAC VICE**

AND NOW, ON THIS _____ day of _____ 2024, upon consideration of the Uncontested Motion for Admission Pro Hac Vice of Kai Richter, it is herby ORDERED and DECREED that said Motion is GRANTED, and that Kai Richter is herby admitted *pro hac vice* to the bar of this Court for the purposes of the within litigation.

**BY THE COURT:**

_____