# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ANN LEWANDOWSKI, on her own behalf and on behalf of all others similarly situated,<br><br>　　　　　　　　Plaintiff,<br>　v.<br><br>JOHNSON AND JOHNSON, THE PENSION & BENEFITS COMMITTEE OF JOHNSON AND JOHNSON, PETER FASOLO, WARREN LUTHER, LISA BLAIR DAVIS, and DOES 1-20.<br><br>　　　　　　　　Defendants. | No. 3:24-cv-00671-ZNQ-RLS |

## CERTIFICATE OF SERVICE

　　　I, Michael Eisenkraft, being duly sworn according to law, state that I am an attorney with the law firm of Cohen Milstein Sellers & Toll, PLLC, one of the attorneys for Plaintiff Ann Lewandowski, on her own behalf and on behalf of a class of those similarly situated, and that a true and correct copy of this Motion for Admission of Kai Richter *Pro Hac Vice* was filed electronically and is available for viewing and downloading from the Electronic Case filing system, which constitutes service upon Defendants through their counsel of record.

　　　　　　　　　　　　　　　　　　　COHEN MILSTEIN SELLERS & TOLL, PLLC

　　BY:　　　　/s/ *Michael Eisenkraft*
　　　　　　　　Michael Eisenkraft
　　　　　　　　Attorney I.D. No.: 016532004
　　　　　　　　88 Pine Street, 14th Floor
　　　　　　　　New York, New York 10005
　　　　　　　　*Counsel for Plaintiff*