# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ANN LEWANDOWSKI, on her own behalf and on behalf of all others similarly situated,<br><br>                              Plaintiff,<br><br>   v.<br><br>JOHNSON AND JOHNSON, THE PENSION & BENEFITS COMMITTEE OF JOHNSON AND JOHNSON, PETER FASOLO, WARREN LUTHER, LISA BLAIR DAVIS, and DOES 1-20.<br><br>                              Defendants. | No. 3:24-cv-00671-ZNQ-RLS<br><br>**MOTION ON BEHALF OF MICHELLE YAU TO APPEAR PRO HAC VICE** |

Pursuant to Local Rule 101.1(c), undersigned counsel, being duly admitted to practice before and in good standing with this Court, hereby moves the admission *pro hac vice* of Attorney Michelle Yau of Cohen Milstein Sellers & Toll, PLLC. Ms. Yau is a member in good standing of the bar of the District of Columbia and the bar of the state of Massachusetts, and her Certificates of Good Standing are attached. Ms. Yau has never been the subject of a disciplinary proceeding in any jurisdiction, nor is any such proceeding pending in any jurisdiction. I hereby affirm that Ms. Yau has familiarized herself with the Local Rules governing practice in this Court and will conduct herself in accordance therewith. Defendants do not oppose this motion.

Dated: February 29, 2024.

Respectfully submitted,

/s/ *Michael Eisenkraft*
Michael Eisenkraft (NJ Bar No. 016532004)
Cohen Milstein Sellers & Toll PLLC
88 Pine Street, 14th Floor
New York, New York 10005
(212) 838-7797
meisenkraft@cohenmilstein.com

*Counsel for Plaintiff*



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

# *Michelle Celia Yau*

was duly qualified and admitted on June 16, 2008 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.

*In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on February 27, 2024.*

*JULIO A. CASTILLO*
*Clerk of the Court*

*Issued By:*

*David Chu - Director, Membership*
*District of Columbia Bar Membership*

*For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.*

**The Commonwealth of Massachusetts**

**SUPREME JUDICIAL COURT**
FOR SUFFOLK COUNTY
JOHN ADAMS COURTHOUSE
ONE PEMBERTON SQUARE, SUITE 1300
BOSTON, MASSACHUSETTS 02108-1707
WWW.SJCCOUNTYCLERK.COM

MAURA S. DOYLE
CLERK

CASE INFORMATION (617) 557-1100
FACSIMILE (617) 557-1117
ATTORNEY SERVICES (617) 557-1050
FACSIMILE (617) 557-1055

February 29, 2024

Attorney Michelle C. Yau
LATASHIA WILLIAMS
COHEN MILSTEIN 1100 NEW YORK AVE NW 5TH
Washington , DC  20005
LAWILLIAMS@COHENMILSTEIN.COM

IN RE:     CERTIFICATE OF ADMISSION AND GOOD STANDING

Enclosed please find the Certificate of Admission and Good Standing for Commonwealth of Massachusetts Attorney **Michelle C. Yau .**  The certificate provides certification of the attorney's date of admission and current good standing at the Bar of the Commonwealth of Massachusetts.

If you have any questions or should need further assistance, please do not hesitate to contact the Attorney Services Department at either sjccertsgs@sjc.state.ma.us or 617-557-1050.

Very truly yours,

MAURA S. DOYLE
Clerk
Supreme Judicial Court

MSD/   jr
Clearance:  02/29/2024 02.28.2024
Enclosures

## COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on **May 27, 2004**,

said Court being the highest Court of Record in said Commonwealth:

### Michelle C. Yau

being found duly qualified in that behalf, and having taken and subscribed

the oaths required by law, was admitted to practice as an Attorney, and, by virtue

thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth:

that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the

seal of said Court, this **twenty-ninth** day of **February**

in the year of our Lord **two thousand and twenty-four.**

MAURA S. DOYLE, Clerk

\* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification. X3116.

Amended January 2022, effective February 2022 for digital and/or electronic attestation for the Supreme Judicial Court for the County of Suffolk.