# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ANN LEWANDOWSKI, on her own behalf and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>JOHNSON AND JOHNSON, THE PENSION & BENEFITS COMMITTEE OF JOHNSON AND JOHNSON, PETER FASOLO, WARREN LUTHER, LISA BLAIR DAVIS, and DOES 1-20.<br><br>Defendants. | No. 3:24-cv-00671-ZNQ-RLS<br><br>**MOTION ON BEHALF OF DANIEL SUTTER TO APPEAR PRO HAC VICE** |

Pursuant to Local Rule 101.1(c), undersigned counsel, being duly admitted to practice before and in good standing with this Court, hereby moves the admission *pro hac vice* of Attorney Daniel Sutter of Cohen Milstein Sellers & Toll, PLLC. Mr. Sutter is a member in good standing of the bar of the District of Columbia and the bar of the state of Maryland, and his Certificates of Good Standing are attached. Mr. Sutter has never been the subject of a disciplinary proceeding in any jurisdiction, nor is any such proceeding pending in any jurisdiction. I hereby affirm that Mr. Sutter has familiarized himself with the Local Rules governing practice in this Court and will conduct himself in accordance therewith. Defendants do not oppose this motion.

Dated: February 29, 2024.

Respectfully submitted,

/s/ *Michael Eisenkraft*
Michael Eisenkraft (NJ Bar No. 016532004)
Cohen Milstein Sellers & Toll PLLC
88 Pine Street, 14th Floor
New York, New York 10005
(212) 838-7797
meisenkraft@cohenmilstein.com

*Counsel for Plaintiff*



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals,
the District of Columbia Bar does hereby certify that

# Daniel R Sutter

was duly qualified and admitted on February 5, 2018 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.

*In Testimony Whereof,
I have hereunto subscribed my
name and affixed the seal of this
Court at the City of
Washington, D.C., on February 27, 2024.*

*JULIO A. CASTILLO
Clerk of the Court*

*Issued By:*

*David Chu - Director, Membership
District of Columbia Bar Membership*

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.

# Supreme Court of Maryland

### Annapolis, MD



## *CERTIFICATE OF GOOD STANDING*

STATE OF MARYLAND, ss:

I, Gregory Hilton, Clerk of the Supreme Court of Maryland, do hereby certify that on the fourteenth day of December, 2016,

## *Daniel Ryan Sutter*

having first taken and subscribed the oath prescribed by the Constitution and Laws of this State, was admitted as an attorney of said Court, is now in good standing, and as such is entitled to practice law in any of the Courts of said State, subject to the Rules of Court. This certificate of good standing is valid through the twenty-eighth day of April, 2024.



**In Testimony Whereof,** I have hereunto set my hand as Clerk, and affixed the Seal of the Supreme Court of Maryland, this twenty-eighth day of February, 2024.

*Gregory Hilton*

Clerk of the Supreme Court of Maryland