**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ANN LEWANDOWSKI, on her own behalf and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> **v.** <br><br> JOHNSON AND JOHNSON, THE PENSION & BENEFITS COMMITTEE OF JOHNSON AND JOHNSON, PETER FASOLO, WARREN LUTHER, LISA BLAIR DAVIS, and DOES 1-20. <br><br> Defendants. | No. 3:24-cv-00671-ZNQ-RLS |

**CERTIFICATE OF SERVICE**

I, Michael Eisenkraft, being duly sworn according to law, state that I am an attorney with the law firm of Cohen Milstein Sellers & Toll, PLLC, one of the attorneys for Plaintiff Ann Lewandowski, on her own behalf and on behalf of a class of those similarly situated, and that a true and correct copy of this Motion for Admission of Daniel Sutter *Pro Hac Vice* was filed electronically and is available for viewing and downloading from the Electronic Case filing system, which constitutes service upon Defendants through their counsel of record.

COHEN MILSTEIN SELLERS & TOLL, PLLC

BY:    /s/ *Michael Eisenkraft*
          Michael Eisenkraft
          Attorney I.D. No.: 016532004
          88 Pine Street, 14th Floor
          New York, New York 10005
          *Counsel for Plaintiff*