CHIESA SHAHINIAN & GIANTOMASI P.C.
Jeffrey S. Chiesa
Ronald L. Israel
Kathryn Pearson
105 Eisenhower Parkway
Roseland, New Jersey 07068
(973) 325-1500

SIDLEY AUSTIN LLP
Mark B. Blocker (*pro hac vice pending*)
Scott D. Stein (*pro hac vice pending*)
Caroline A. Wong (*pro hac vice pending*)
One South Dearborn Street
Chicago, Illinois 60603
(312) 853-7000
(312) 853-7036 Fax

*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ANN LEWANDOWSKI, on her own behalf and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>JOHNSON AND JOHNSON, THE PENSION & BENEFITS COMMITTEE OF JOHNSON AND JOHNSON, PETER FASOLO, WARREN LUTHER, LISA BLAIR DAVIS, and DOES 1-20.<br><br>Defendants. | Case No. 3:24-cv-00671<br><br>**CORPORATE DISCLOSURE STATEMENT OF JOHNSON & JOHNSON** |

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Johnson & Johnson states that it has no parent corporation, and no corporation owns 10% or more of its stock.

Dated: February 29, 2024                    Respectfully submitted,

                                                               */s/ Jeffrey S. Chiesa*
                                                               CHIESA SHAHINIAN & GIANTOMASI P.C.

Jeffrey S. Chiesa
Ronald L. Israel
Kathryn Pearson, Esq.
105 Eisenhower Parkway
Roseland, New Jersey 07068
Telephone: (973) 325-1500
jchiesa@csglaw.com
risrael@csglaw.com
kpearson@csglaw.com

SIDLEY AUSTIN LLP
Mark B. Blocker (*pro hac vice pending*)
Scott D. Stein (*pro hac vice pending*)
Caroline A. Wong (*pro hac vice pending*)
One South Dearborn Street
Chicago, Illinois 60603
Telephone: (312) 853-7000
Fax: (312) 853-7036
mblocker@sidley.com
sstein@sidley.com
caroline.wong@sidley.com

*Attorneys for Defendants*

2

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on February 29, 2024, I caused the foregoing Corporate Disclosure Statement of Johnson & Johnson to be filed electronically using CM/ECF, which will effect service to all counsel of record.

Dated:  February 29, 2024

/s/ *Jeffrey S. Chiesa*
Jeffrey S. Chiesa
CHIESA SHAHINIAN & GIANTOMASI PC
105 Eisenhower Parkway
Roseland, NJ 07068
(973) 530-2050
jchiesa@csglaw.com

*Counsel for Defendants*

4883-4589-7386.v1