## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ANN LEWANDOWSKI, on her own behalf and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>JOHNSON AND JOHNSON, THE PENSION & BENEFITS COMMITTEE OF JOHNSON AND JOHNSON, PETER FASOLO, WARREN LUTHER, LISA BLAIR DAVIS, and DOES 1-20.<br><br>        Defendants. | Civil Action No.: 3:24-cv-671-ZNQ-RLS<br><br>**Hon. Zahid N. Quraishi**<br>**Hon. Rukhsanah L. Singh** |

### ORDER GRANTING MOTION FOR *PRO HAC VICE* ADMISSION OF SCOTT D. STEIN

This matter having come before the Court on Defendants' motion for admission *pro hac vice* of attorney Scott D. Stein pursuant to Local Civil Rule 101.1(c); the Court having reviewed the Certifications of Jeffrey S. Chiesa and Scott D. Stein; there being no opposition to this application; and for other good cause shown,

**IT IS** on this 1st day of March 2024,

**ORDERED** that the application for the *pro hac vice* admission of attorney Scott D. Stein on behalf of Defendants in this matter is **GRANTED**; it is further

**ORDERED** that Scott D. Stein shall abide by all rules of this Court, including all disciplinary rules, and shall notify the Court immediately of any matter affecting his standing at the bar of any court; it is further

**ORDERED** that Scott D. Stein is deemed to consent to the appointment of the Clerk of the Court as the agent upon whom service of process may be made for all actions against Mr. Long that may arise from his participation in this matter; it is further

**ORDERED** that Jeffrey S. Chiesa shall (a) be attorney of record in this case in accordance with Local Civil R. 101.1(c), (b) be served all papers in this action and such service shall be deemed sufficient service upon Scott D. Stein, (c) sign (or arrange for a member of the firm admitted to practice in New Jersey to sign) all pleadings, briefs, and other papers submitted to this Court, (d) appear (or arrange for a member of the firm admitted to practice in New Jersey to appear) at all proceedings, and (e) be responsible for the conduct of the cause and counsel in this matter; it is further

**ORDERED** that Scott D. Stein shall make a payment to the New Jersey Lawyers' Fund for Client Protection as required by New Jersey Court Rule 1:28-2(a) and shall continue to make such payments for any year in which Mr. Long continues to represent a client in a matter pending in this Court; it is further

**ORDERED** that Scott D. Stein shall make a payment of $250.00 payable to the Clerk of the Court; and it is further

**ORDERED** that all terms of the Orders entered in this case, including all deadlines set forth therein, shall remain in full force and effect and no delay in any other proceeding shall occur because of the participation of the attorney admitted herein or that attorney's inability to be in attendance at proceedings; and it is further

**ORDERED** that the Clerk is directed to TERMINATE the Motion pending at Docket. Entry No. 17.

Dated: March 1, 2024

/s/ Rukhsanah L. Singh
RUKHSANAH L. SINGH
U.S. MAGISTRATE JUDGE