UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **ANN LEWANDOWSKI,** on her own behalf and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**JOHNSON AND JOHNSON, et al.,**<br><br>Defendants. | Civil Action No. 24-671-ZNQ-RLS<br><br><br>**ORDER FOR PRO HAC VICE ADMISSION OF<br>KAI RICHTER, MICHELLE YAU, AND<br>DANIEL SUTTER** |

This matter having been brought before the Court by Michael Eisenkraft, Esq., of Cohen Milstein Sellers & Toll PLLC, attorney for Plaintiff, on motions to allow Kai Richter, Esq; Michelle Yau, Esq.; and Daniel Sutter to appear and participate pro hac vice [Docket Entry No. 21, 22, and 23]; and the Court having considered the moving papers; and the Court having noted that this motion is unopposed; and this matter being considered pursuant to Fed. R. Civ. P. 78, and for good cause shown;

**IT IS** on this **1st** day of **March 2024** hereby

**ORDERED** that Plaintiff's Motions be and hereby are granted; and it is further

**ORDERED** that Kai Richter, a member in good standing of the Bar of the State of Minnesota; Michelle Yau, a member in good standing of the bars of the District of Columbia and the state of Massachusetts; and Daniel Sutter, a member in good standing of the bars of the District of Columbia and the state of Maryland be permitted to appear pro hac vice in the above-captioned matter pursuant to L. Civ. R. 101.1(c); and it is further

**ORDERED** that all pleadings, briefs, and other papers filed with the Court shall be signed by a member or associate of the law firm of Cohen Milstein Sellers & Toll PLLC, attorneys of record for Plaintiff, who is admitted to the Bar of this Court and shall be held responsible for said papers and for the conduct of the case and who will be held responsible for the conduct of the attorney admitted hereby; and it is further

**ORDERED** that Kai Richter, Michelle Yau, and Daniel Sutter shall pay the annual fee to the New Jersey Lawyers' Fund for Client Protection in accordance with L. Civ. R. 101.1(c)(2) and New Jersey Court Rule 1:28-2 within twenty (20) days from the date of the entry of this Order, with a copy of the order forwarded to the Treasurer of the Fund; and it is further

**ORDERED** that Kai Richter, Michelle Yau, and Daniel Sutter shall make payment of $250.00 to the Clerk of the United States District Court in accordance with L. Civ. R. 101.1(c)(3), within twenty (20) days from the date of the entry of this Order; and it is further

**ORDERED** that Kai Richter, Michelle Yau, and Daniel Sutter shall be bound by the Rules of the United States District Court for the District of New Jersey, including, but not limited to the provisions of L. Civ. R. 103.1, Judicial Ethics and Professional Responsibility, and L. Civ. R. 104.1, Discipline of Attorneys; and it is further

**ORDERED** that Kai Richter, Michelle Yau, and Daniel Sutter shall notify this Court immediately of any disciplinary charges brought against him in the Bar of any other court; and it is further

**ORDERED** that Kai Richter, Michelle Yau, and Daniel Sutter shall be deemed to have agreed to take no fee in any tort case in excess of the New Jersey State Court Contingency Fee Rule, Rule 1:21-7, as amended; and it is further

**ORDERED** that counsel may file a request, the form of which is available at the Court's website, with the Clerk of the Court for pro hac vice counsel to receive electronic notifications in this matter; and it is further

**ORDERED** that the Clerk of Court is hereby directed to TERMINATE Docket Entry Nos. 21, 22, and 23.

**SO ORDERED.**

/s/ Rukhsanah L. Singh
**RUKHSANAH L. SINGH**
**UNITED STATES MAGISTRATE JUDGE**