UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ANN LEWANDOWKSI<br><br>Plaintiff(s).<br><br>v.<br><br>JOHNSON AND JOHNSON, et al.<br><br>Defendant(s) | **REQUEST BY LOCAL COUNSEL FOR PRO HAC VICE ATTORNEY TO RECEIVE ELECTRONIC NOTIFICATION**<br><br>Civil Action No. 3:24-cv-671 |

Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notifications in the within matter, and it is represented that:

1. An order of the Court granting a motion to appear *pro hac vice* in the within matter has been entered; and

2. If admission was granted after March 1, 2024, the Admission Fee, in the amount of $250, pursuant to L.Civ.R. 101.1(c)(3), has been paid to the Clerk of the Court.

/s/ Jeffrey S. Chiesa
Signature of Local Counsel

PRO HAC VICE ATTORNEY INFORMATION:

Name: Caroline A. Wong

Address: Sidley Austin LLP

1 South Dearborn

Chicago, IL 60603

E-mail: caroline.wong@sidley.com

(One email address only)

DNJ-CMECF-002