UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEW JERSEY

Ann Lewandowski

    Plaintiff(s),

v.

Johnson and Johnson, et al.

    Defendant(s)

**REQUEST BY LOCAL COUNSEL FOR PRO HAC VICE ATTORNEY TO RECEIVE ELECTRONIC NOTIFICATION**

Civil Action No. 3:24-cv-00671

Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notifications in the within matter, and it is represented that:

1. An order of the Court granting a motion to appear *pro hac vice* in the within matter has been entered; and

2. If admission was granted after March 1, 2024, the Admission Fee, in the amount of $250, pursuant to L.Civ.R. 101.1(c)(3), has been paid to the Clerk of the Court.

                                                        /s/ Michael Eisenkraft
                                                          Signature of Local Counsel

PRO HAC VICE ATTORNEY INFORMATION:

Name: Kai Richter

Address: Cohen Milstein Sellers & Toll

400 South Fourth Street

# 401-27

Minneapolis, MN 55415

E-mail: krichter@cohenmilstein.com

(One email address only)