Jeffrey S. Chiesa
CHIESA, SHAHINIAN & GIANTOMASI PC
105 Eisenhower Parkway
Roseland, NJ 07068
(973) 530-2050
jchiesa@csglaw.com

*Counsel for Defendants*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ANN LEWANDOWSKI, on her own behalf and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>JOHNSON AND JOHNSON, THE PENSION & BENEFITS COMMITTEE OF JOHNSON AND JOHNSON, PETER FASOLO, WARREN LUTHER, LISA BLAIR DAVIS, and DOES 1-20.<br><br>Defendants. | Civil Action No.: 3:24-cv-671-ZNQ-RLS<br><br>**Hon. Zahid N. Quraishi**<br>**Hon. Rukhsanah L. Singh** |

**NOTICE OF MOTION FOR DEFENDANTS' MOTION TO**
**DISMISS THE COMPLAINT AND STRIKE THE JURY**
**DEMAND**

**PLEASE TAKE NOTICE** that on May 20, 2024, or a date to be selected by the Court, the undersigned attorney for Defendants shall move for an Order dismissing the Complaint and striking the jury demand;

1

**PLEASE TAKE FURTHER NOTICE** that in support of this motion, Defendants shall rely upon their Brief in Support of their Motion to Dismiss and Strike the Jury Demand and the Declaration of Jeffrey S. Chiesa and attached exhibits, which are being filed simultaneously herewith;

**PLEASE TAKE FURTHER NOTICE** that a copy of a proposed form of Order accompanies the motion.

April 19, 2024

Respectfully submitted,

*/s/ Jeffrey S. Chiesa*

Jeffrey S. Chiesa

**CHIESA, SHAHINIAN & GIANTOMASI PC**
105 Eisenhower Parkway
Roseland, NJ 07068
(973) 530-2050
jchiesa@csglaw.com

*Counsel for Defendants*