CHIESA SHAHINIAN & GIANTOMASI PC
105 Eisenhower Parkway
Roseland, NJ 07068
973.325.1500
Jeffrey S. Chiesa, Esq.
*Counsel for Defendants*

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ANN LEWANDOWSKI, on her own behalf and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>JOHNSON AND JOHNSON, THE PENSION & BENEFITS COMMITTEE OF JOHNSON AND JOHNSON, PETER FASOLO, WARREN LUTHER, LISA BLAIR DAVIS, and DOES 1-20.<br><br>Defendants. | Civil Action No.:  3:24-cv-671-ZNQ-RLS<br><br>**Hon. Zahid N. Quraishi**<br>**Hon. Rukhsanah L. Singh**<br><br>**CERTIFICATION OF JEFFREY S. CHIESA IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE COMPLAINT AND STRIKE THE JURY DEMAND** |

**JEFFREY S. CHIESA, ESQ.**, of full age, hereby certifies as follows:

1. I am an attorney-at-law of the State of New Jersey and a member of the law firm of Chiesa Shahinian & Giantomasi PC, attorneys for Johnson & Johnson ("J&J"), the Pension & Benefits Committee of Johnson & Johnson (the "Committee"), Peter Fasolo, Warren Luther, and Lisa Blair (collectively "Defendants") in the above-captioned action.  I have personal knowledge of the facts set forth herein.

2. I make this Certification in support of Defendants' Motion to Dismiss the Complaint and Strike the Jury Demand.

3. Attached hereto, and relied upon in the Brief in Support of Defendants' Motion to Dismiss the Complaint and Strike the Jury Demand, are true and accurate copies of the following:

1

**Exhibit A**:   The Johnson & Johnson Group Health Plan (As Amended and Restated Effective January 1, 2023);

**Exhibit B**:   The 2022 Summary Annual Report for the Johnson & Johnson Group Health Plan;

**Exhibit C**:   A Summary Plan Description entitled "Prescription Drug Coverage Details Supplement" for the Johnson & Johnson Group Health Plan.

4.   I certify that the foregoing statements by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

**CHIESA SHAHINIAN & GIANTOMASI, P.C.**
*Counsel for Defendants*


By: */s/ Jeffrey S. Chiesa*

Dated:  April 19, 2024