# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ANN LEWANDOWSKI, on her own behalf and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>JOHNSON AND JOHNSON, THE PENSION & BENEFITS COMMITTEE OF JOHNSON AND JOHNSON, PETER FASOLO, WARREN LUTHER, LISA BLAIR DAVIS, and DOES 1-20.<br><br>    Defendants. | Civil Action No.: 3:24-cv-671-ZNQ-RLS<br><br>**Hon. Zahid N. Quraishi**<br>**Hon. Rukhsanah L. Singh** |

### ORDER GRANTING DEFENDANTS' MOTION TO DISMISS THE COMPLAINT AND STRIKE THE JURY DEMAND

**THIS MATTER** having come before the Court upon the motion of Chiesa Shahinian & Giantomasi PC, attorneys for Johnson & Johnson ("J&J"), the Pension & Benefits Committee of Johnson & Johnson (the "Committee"), Peter Fasolo, Warren Luther, and Lisa Blair (collectively, "Defendants"), for an Order granting Defendants' motion to dismiss the Class Action Complaint filed by Plaintiff Ann Lewandowski ("Plaintiff") in its entirety and striking the jury demand contained therein, and on notice to Fairmark Partners, LLP, Wheeler, Diulio & Barnabei, P.C., and Cohen Milstein Sellers & Toll PLLC, attorneys for Plaintiff Ann Lewandowski, and the Court having considered the submissions on behalf of the parties, and the Court having heard the arguments of counsel, and for good cause shown:

**IT IS ON THIS** _____ day of _____ 2024,

**ORDERED** that Defendants' Motion to Dismiss the Complaint and Strike the Jury Demand is hereby **GRANTED**; and

**ORDERED** that all claims against Defendants in Plaintiff's Class Action Complaint are hereby dismissed with prejudice; and it is further

**ORDERED** that Plaintiff's jury demand is hereby stricken.

Dated: _____   _____
HON. ZAHID N. QURAISHI, U.S.D.J.