CHIESA SHAHINIAN & GIANTOMASI PC
105 Eisenhower Parkway
Roseland, NJ 07068
973.325.1500
Jeffrey S. Chiesa, Esq.
*Counsel for Defendants*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ANN LEWANDOWSKI, on her own behalf and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>JOHNSON AND JOHNSON, THE PENSION & BENEFITS COMMITTEE OF JOHNSON AND JOHNSON, PETER FASOLO, WARREN LUTHER, LISA BLAIR DAVIS, and DOES 1-20.<br><br>Defendants. | Civil Action No.:  3:24-cv-671-ZNQ-RLS<br><br>**Hon. Zahid N. Quraishi**<br>**Hon. Rukhsanah L. Singh**<br><br>**CERTIFICATION OF SERVICE** |

    I, Jeffrey S. Chiesa, certify that on April 19, 2024, I caused copies of the following documents to be served electronically on all registered counsel of record via ECF, and such documents are available for viewing and downloading from the ECF system with respect to the motion to dismiss and strike the jury demand filed by Johnson & Johnson, the Pension & Benefits Committee of Johnson & Johnson, Peter Fasolo, Warren Luther, and Lisa Blair (collectively, "Defendants") in the above-captioned proceeding:

    (1) Notice of Motion to Dismiss the Complaint and Strike the Jury Demand;

    (2) Brief in Support of Defendants' Motion to Dismiss the Complaint and Strike the Jury Demand;

    (3) Declaration of Jeffrey S. Chiesa in Support of Defendants' Motion to Dismiss the Complaint and Strike the Jury Demand; and

1

(4) Proposed Form of Order.

Dated: April 19, 2024

CHIESA SHAHINIAN & GIANTOMASI PC
*Counsel for Defendants*

By: /s/ Jeffrey S. Chiesa
JEFFREY S. CHIESA
jchiesa@csglaw.com
105 Eisenhower Parkway
Roseland, NJ 07068
(973) 325-1500