# COHENMILSTEIN

Michael Eisenkraft
Partner
meisenkraft@cohenmilstein.com

April 22, 2024

**VIA ECF**

The Honorable Zahid N. Quraishi
United States District Court
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

Re: *Lewandowski v. Johnson & Johnson et al.*, No. 3:24-cv-00671-ZNQ-RLS (D.N.J.)

Dear Judge Quraishi,

The motion date on Defendants' pending motion to dismiss (ECF 40) has been set for May 20, 2024. Pursuant to L. Civ.R. 7.1(d)(5), Plaintiff respectfully requests an automatic extension of the motion date to the next available motion date on June 3, 2024. The original motion date has not previously been extended or adjourned.

Respectfully,

 /s/ *Michael Eisenkraft*
Michael Eisenkraft

cc:    Defendants' counsel of record (via ECF)