| | |
|---|---|
| Jeffrey S. Chiesa | Mark B. Blocker (admitted *pro hac vice*) |
| Ronald L. Israel | Scott D. Stein (admitted *pro hac vice*) |
| Kathryn Pearson | Caroline A. Wong (admitted *pro hac vice*) |
| CHIESA SHAHINIAN & | SIDLEY AUSTIN LLP |
| GIANTOMASI PC | One South Dearborn Street |
| 105 Eisenhower Parkway | Chicago, IL 60603 |
| Roseland, NJ 07068 | Telephone: (312) 853-7000 |
| Telephone: (973) 325-1500 | mblocker@sidley.com |
| jchiesa@csglaw.com | sstein@sidley.com |
| risrael@csglaw.com | caroline.wong@sidley.com |
| kpearson@csglaw.com | |

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ANN LEWANDOWSKI, on her own behalf and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>JOHNSON & JOHNSON, THE PENSION & BENEFITS COMMITTEE OF JOHNSON & JOHNSON, PETER FASOLO, WARREN LUTHER, LISA BLAIR DAVIS, and DOES 1-20,<br><br>Defendants. | Case No. 3:24-cv-00671 |

**JOINT STIPULATION REGARDING INDIVIDUAL DEFENDANTS AND FILING OF FIRST AMENDED COMPLAINT**

In the interest of streamlining this litigation, Plaintiff Ann Lewandowski ("Plaintiff"), by her undersigned counsel, and Defendants Johnson & Johnson ("J&J"), the Pension & Benefits Committee of Johnson & Johnson (the "Committee"), and Peter Fasolo, Warren Luther, and Lisa Blair Davis (the "Individual Defendants") (collectively, "Defendants"), by their undersigned counsel, hereby stipulate and agree as follows:

1.      Defendants filed a Motion to Dismiss Plaintiff's Complaint on April 19, 2024. *See* ECF No. 40.

2.      Pursuant to Federal Rule of Civil Procedure 15(a)(1)(B), Plaintiff is allowed to amend her Complaint once as a matter of course within 21 days after service of a motion to dismiss.

3.      Plaintiff intends to file a First Amended Complaint within the 21 days allowed pursuant to Federal Rule of Civil Procedure 15(a)(1)(B), and Defendants hereby stipulate to the filing of a First Amended Complaint without prejudice to Defendants' right to file a motion to dismiss any such First Amended Complaint.

4.      In the Complaint (ECF No. 1), Plaintiff asserted claims against the Individual Defendants based upon their alleged actions and omissions while serving as officers or employees of J&J, and/or members of the Committee.

5.      J&J agrees that it will be responsible for any judgment entered in this action based upon the actions or omissions of any of the Individual Defendants or any other J&J employee who has acted as an ERISA fiduciary relating to the Johnson & Johnson Group Health Plan, Salaried Medical Plan, or Salaried Retiree Medical Plan (the "Plans"); any current or former members of the Committee or any other J&J committee or group with responsibilities relating to the Plans (either separately or as a whole); or the actions or omissions of J&J or the Committee.

6.      In consideration of the foregoing, the Individual Defendants identified in the Complaint will not be identified as defendants in Plaintiff's First Amended Complaint.

7.      In all future filings, Plaintiff and Defendants agree that the caption of the case will not include the names of Individual Defendants or the reference to Does 1-20.

8.      Plaintiff and Defendants further agree that the filing of the First Amended

Complaint will moot Defendants' pending motion to dismiss the original Complaint.

| | |
|---|---|
| Dated: April 30, 2024 | Respectfully submitted, |
| /s/ Michael Eisenkraft | /s/ Jeffrey S. Chiesa |
| Michael Eisenkraft (NJ Bar No. 016532004)<br>COHEN MILSTEIN SELLERS & TOLL, PLLC<br>88 Pine Street, 14th Floor<br>New York, New York 10005<br>(212) 838-7797<br>meisenkraft@cohenmilstein.com | Jeffrey S. Chiesa<br>Ronald L. Israel<br>Kathryn Pearson<br>CHIESA SHAHINIAN & GIANTOMASI P.C.<br>105 Eisenhower Parkway<br>Roseland, NJ 07068<br>Telephone: (973) 325-1500<br>jchiesa@csglaw.com<br>risrael@csglaw.com<br>kpearson@csglaw.com |
| Michelle Yau (admitted *pro hac vice*)<br>Daniel Sutter (admitted *pro hac vice*)<br>COHEN MILSTEIN SELLERS & TOLL, PLLC<br>1100 New York Ave. NW, Fifth Floor<br>Washington, D.C. 20005<br>(202) 408-4600<br>myau@cohenmilstein.com<br>dsutter@cohenmilstein.com | Mark B. Blocker (admitted *pro hac vice*)<br>Scott D. Stein (admitted *pro hac vice*)<br>Caroline A. Wong (admitted *pro hac vice*)<br>SIDLEY AUSTIN LLP<br>One South Dearborn Street<br>Chicago, IL 60603<br>Telephone: (312) 853-7000<br>mblocker@sidley.com<br>sstein@sidley.com<br>caroline.wong@sidley.com |
| Kai Richter (admitted *pro hac vice*)<br>COHEN MILSTEIN SELLERS & TOLL, PLLC<br>400 South 4th Street #401-27<br>Minneapolis, MN 55415<br>(612) 807-1575<br>krichter@cohenmilstein.com | *Attorneys for Defendants* |
| Jamie Crooks (admitted *pro hac vice*)<br>Michael Lieberman (admitted *pro hac vice*)<br>FAIRMARK PARTNERS, LLP<br>1001 G Street NW<br>Suite 400 East<br>Washington, DC 20001<br>Telephone: (619) 507-4182<br>jamie@fairmarklaw.com<br>michael@fairmarklaw.com | |
| Michael Casper<br>WHEELER, DIULIO & BARNABEI, P.C.<br>1650 Arch Street, Suite 2200<br>Philadelphia, PA 19103<br>(215) 971-1000<br>mcasper@wdblegal.com | |

*Attorneys for Plaintiff and
the Proposed Class*

Case 3:24-cv-00671-ZNQ-RLS   Document 42   Filed 04/30/24   Page 4 of 4 PageID: 284