

**CHIESA SHAHINIAN & GIANTOMASI PC**

105 Eisenhower Parkway, Roseland, NJ 07068
csglaw.com

JEFFREY S. CHIESA
Member

jchiesa@csglaw.com

O  973.530.2050          F  973.325.1501

June 4, 2024

So Ordered this 5th day of JUNE, 2024

/s/ Zahid N. Quraishi
Hon. Zahid N. Quraishi
United States District Judge

**Via ECF**

The Honorable Zahid N. Quraishi
United States District Court
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

Re:   *Lewandowski v. Johnson & Johnson, et al.*, No. 3:24-cv-00671-ZNQ-RLS (D.N.J.)

Dear Judge Quraishi:

We represent Defendants in the above captioned matter. On June 3, 2024, Your Honor entered a text order waiving the requirement for a pre-motion conference and stating that Defendants' motion to dismiss, limited to the bases articulated in their pre-motion letter, must be filed by June 7, 2024. ECF No. 47. Defendants respectfully request a three-week extension, such that their motion to dismiss shall be filed by June 28, 2024. Plaintiff does not oppose this request.

We thank Your Honor for your consideration of this matter.

Respectfully submitted,

/s/ Jeffrey S. Chiesa

Jeffrey S. Chiesa

CC:   All counsel of record (via ECF)