Jeffrey S. Chiesa
CHIESA, SHAHINIAN & GIANTOMASI PC
105 Eisenhower Parkway
Roseland, NJ 07068
(973) 530-2050
jchiesa@csglaw.com

*Counsel for Defendants*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ANN LEWANDOWSKI, on her own behalf, on behalf of all others similarly situated, and on behalf of the Johnson & Johnson Group Health Plan and its component plans,<br><br>Plaintiff,<br><br>v.<br><br>JOHNSON & JOHNSON AND THE PENSION & BENEFITS COMMITTEE OF JOHNSON & JOHNSON,<br><br>Defendants. | Civil Action No.: 3:24-cv-671-ZNQ-RLS<br><br>**Hon. Zahid N. Quraishi<br>Hon. Rukhsanah L. Singh** |

**NOTICE OF DEFENDANTS' MOTION TO DISMISS THE FIRST
AMENDED CLASS ACTION COMPLAINT**

**PLEASE TAKE NOTICE** that on August 5, 2024, or a date to be selected by the Court, the undersigned attorney for Defendants shall move for an Order dismissing the First Amended Class Action Complaint;

1

**PLEASE TAKE FURTHER NOTICE** that in support of this motion, Defendants shall rely upon their Brief in Support of Defendants' Motion to Dismiss the First Amended Class Action Complaint and the exhibits thereto, which are being filed simultaneously herewith;

**PLEASE TAKE FURTHER NOTICE** that a copy of a proposed form of Order accompanies the motion.

Respectfully submitted,

June 28, 2024

*/s/ Jeffrey S. Chiesa*

Jeffrey S. Chiesa

**CHIESA, SHAHINIAN & GIANTOMASI PC**
105 Eisenhower Parkway
Roseland, NJ 07068
(973) 530-2050
jchiesa@csglaw.com

*Counsel for Defendants*