# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ANN LEWANDOWSKI, on her own behalf, on behalf of all others similarly situated, and on behalf of the Johnson & Johnson Group Health Plan and its component plans,<br><br>Plaintiff,<br><br>v.<br><br>JOHNSON & JOHNSON AND THE PENSION & BENEFITS COMMITTEE OF JOHNSON & JOHNSON,<br><br>Defendants. | Civil Action No.: 3:24-cv-671-ZNQ-RLS<br><br>**Hon. Zahid N. Quraishi**<br>**Hon. Rukhsanah L. Singh** |

## ORDER GRANTING DEFENDANTS' MOTION TO DISMISS THE FIRST AMENDED CLASS ACTION COMPLAINT

**THIS MATTER** having come before the Court upon the motion of Chiesa Shahinian & Giantomasi PC, attorneys for Johnson & Johnson and the Pension & Benefits Committee of Johnson & Johnson (together, "Defendants"), for an Order granting Defendants' motion to dismiss the First Amended Class Action Complaint filed by Plaintiff Ann Lewandowski ("Plaintiff") in its entirety, and on notice to Fairmark Partners, LLP and Wheeler, Diulio & Barnabei, P.C., attorneys for Plaintiff Ann Lewandowski, and the Court having considered the submissions on behalf of the parties, and the Court having heard the arguments of counsel, and for good cause shown:

**IT IS ON THIS** _____ day of _____ 2024,

**ORDERED** that Defendants' Motion to Dismiss the First Amended Class Action Complaint is hereby **GRANTED**; and

**ORDERED** that all claims against Defendants in Plaintiff's First Amended Class Action

Complaint are hereby dismissed with prejudice.

Dated: _____   _____
HON. ZAHID N. QURAISHI, U.S.D.J.