CHIESA SHAHINIAN & GIANTOMASI PC
105 Eisenhower Parkway
Roseland, NJ 07068
973.325.1500
Jeffrey S. Chiesa, Esq.
*Counsel for Defendants*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ANN LEWANDOWSKI, on her own behalf, on behalf of all others similarly situated, and on behalf of the Johnson & Johnson Group Health Plan and its component plans,<br><br>Plaintiff,<br><br>v.<br><br>JOHNSON & JOHNSON AND THE PENSION & BENEFITS COMMITTEE OF JOHNSON & JOHNSON,<br><br>Defendants. | Civil Action No.: 3:24-cv-671-ZNQ-RLS<br><br>**Hon. Zahid N. Quraishi**<br>**Hon. Rukhsanah L. Singh**<br><br>**CERTIFICATION OF SERVICE** |

I, Jeffrey S. Chiesa, certify that on June 28, 2024, I caused copies of the following documents to be served electronically on all registered counsel of record via ECF, and such documents are available for viewing and downloading from the ECF system with respect to the motion to dismiss the first amended class action complaint by Johnson & Johnson and the Pension & Benefits Committee of Johnson & Johnson, (together, "Defendants") in the above-captioned proceeding:

(1) Notice of Motion to Dismiss the First Amended Class Action Complaint;

(2) Declaration of Jeffrey S. Chiesa, Esq., in Support of Defendants' Motion to Dismiss the First Amended Class Action Complaint and exhibits attached therein; and

(3) Proposed Form of Order.

I further certify that the following documents were filed under seal and were emailed to all registered counsel of record.

(1) Brief in Support of Defendants' Motion to Dismiss the First Amended Class Action Complaint; and

(2) Declaration of Rosa Sexton.

Dated: June 28, 2024                              CHIESA SHAHINIAN & GIANTOMASI PC
                                                  *Counsel for Defendants*

                                                  By:  /s/ Jeffrey S. Chiesa
                                                       JEFFREY S. CHIESA
                                                       jchiesa@csglaw.com
                                                       105 Eisenhower Parkway
                                                       Roseland, NJ 07068
                                                       (973) 325-1500