

CHIESA SHAHINIAN & GIANTOMASI PC

105 Eisenhower Parkway, Roseland, NJ 07068
csglaw.com

JEFFREY S. CHIESA
Member

jchiesa@csglaw.com

O 973.530.2050     F 973.325.1501

July 12, 2024

**Via ECF**

The Honorable Rukhsanah L. Singh
United States District Court
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

Re:     *Lewandowski v. Johnson & Johnson et al.*, No. 3:24-cv-00671-ZNQ-RLS (D.N.J.)

Dear Judge Singh:

       We represent the Defendants in the above matter. On June 28, 2024, Defendants filed a motion to dismiss the amended complaint. ECF No. 51. Because they partially discussed Plaintiff's medical history, Defendants filed their brief in support of the motion, ECF No. 52, and a supporting declaration, ECF No. 53, under temporary seal. Defendants planned to file a motion to seal these documents. While meeting and conferring with Plaintiff on the anticipated motion to seal, Plaintiff's counsel represented that Plaintiff does not believe the portions of the brief and declaration that reference her medical history need to be kept confidential. Plaintiff's counsel further represented that Plaintiff is comfortable with Defendants' motion papers being available on the docket for public viewing. In light of Plaintiff's counsel's representations, Defendants will not file a motion to seal ECF Nos. 52 or 53.

       We thank Your Honor for your consideration of this matter.

Respectfully submitted,

/s/ Jeffrey S. Chiesa

Jeffrey S. Chiesa

CC:     All counsel of record (via ECF)

NEW JERSEY     NEW YORK