**McCARTER & ENGLISH, LLP**
David R. Kott, Esq.
Joseph G. Braunreuther, Esq.
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
(973) 622-4444
(973) 624-7070 FAX

**SIDLEY AUSTIN LLP**
Mark B. Blocker, Esq. (*pro hac vice*)
Scott D. Stein, Esq. (*pro hac vice*)
Caroline A. Wong, Esq. (*pro hac vice*)
One South Dearborn
Chicago, IL 60603
(312) 853-7000
(312) 853-7036 FAX
Attorneys for Defendants
  *Johnson & Johnson and The Pension & Benefits Committee of Johnson & Johnson*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| ANN LEWANDOWSKI, on her own behalf, on behalf of all others similarly situated, and on behalf of the Johnson & Johnson Group Health Plan and its component plans,<br><br>                                           Plaintiff,<br><br>v.<br><br>JOHNSON AND JOHNSON AND THE PENSION & BENEFITS COMMITTEE OF JOHNSON AND JOHNSON,<br><br>                                           Defendants. | Civil Action No. 3:24-cv-00671-ZNQ-RLS<br><br>Honorable Zahid N. Quraishi<br>Honorable Rukhsanah L. Singh<br><br>**ENTRY OF APPEARANCE BY DAVID R. KOTT, ESQ. OF McCARTER & ENGLISH, LLP ON BEHALF OF DEFENDANTS JOHNSON & JOHNSON AND THE PENSION & BENEFITS COMMITTEE OF JOHNSON AND JOHNSON** |

PLEASE TAKE NOTICE that, the undersigned counsel, David R. Kott, Esq., of McCarter & English, LLP, hereby enters his appearance in the above-captioned matter as counsel on behalf of defendants, Johnson & Johnson and The Pension & Benefits Committee of Johnson and Johnson.

McCARTER & ENGLISH, LLP
Attorneys for Defendants
  Johnson & Johnson and The Pension & Benefits
  Committee of Johnson and Johnson

By:   s/David R. Kott

        David R. Kott
        A Member of the Firm

Dated:  November 5, 2024

ME1 50895711v.1