David R. Kott
MCCARTER & ENGLISH LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
(973) 639.2056
dkott@mccarter.com

*Counsel for Defendants*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ANN LEWANDOWSKI, on her own behalf, on behalf of all others similarly situated, and on behalf of the Johnson & Johnson Group Health Plan and its component plans,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>JOHNSON & JOHNSON AND THE PENSION & BENEFITS COMMITTEE OF JOHNSON & JOHNSON,<br><br>　　　　　Defendants. | Civil Action No.: 3:24-cv-671-ZNQ-RLS<br><br>**Hon. Zahid N. Quraishi**<br>**Hon. Rukhsanah L. Singh** |

### SUBSTITUTION OF COUNSEL

The undersigned hereby consents to the substitution of David R. Kott, Esq., of the law firm of McCarter & English, LLP, as counsel for Defendants in the above-captioned matter, in place of Jeffrey S. Chiesa, Esq., Ronald L. Israel, Esq., and Kathryn Pearson, Esq., of Chiesa, Shahinian & Giantomasi PC.

*/s/ David R. Kott*

David R. Kott

**MCCARTER & ENGLISH, LLP**
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
(973) 639.2056
dkott@mccarter.com

*Superseding Attorney*

DATED: 11/6/24

~~Jeffrey S. Chiesa~~ Ronald L. Israel

**CHIESA, SHAHINIAN &
GIANTOMASI PC**
105 Eisenhower Parkway
Roseland, NJ 07068
(973) 530-2050
jchiesa@csglaw.com

*Withdrawing Attorney*