

**David R. Kott**
Partner
T. 973-639-2056
F. 973-624-7070
dkott@mccarter.com

McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102-4056

www.mccarter.com

**VIA ECF**

November 20, 2024

Hon. Rukhsanah L. Singh, U.S.M.J.
U.S. District Court for the District of New Jersey
Clarkson S. Fisher Federal Building and
United States Courthouse
402 East State Street, Room 7 W
Trenton, NJ 08608

   **Re:**  *Ann Lewandowski et al. v. Johnson and Johnson and the Pension & Benefits Committee of Johnson & Johnson;*
       Civil Action No. 3:24-cv-00671-ZNQ-RLS

Dear Judge Singh:

We represent the defendants Johnson and Johnson and The Pension & Benefits Committee of Johnson and Johnson in this case. In support of our application for the *pro hac vice* admission of Eric S. Mattson, Esq. we enclose the following:

   1.  Certification of David R. Kott, Esq. in Support of the Application for the Admission of Eric S. Mattson, Esq., *pro hac vice*;

   2.  Certification of Eric S. Mattson, Esq. in Support of the Application for Admission of Eric S. Mattson, Esq., *pro hac vice*; and

   3.  Proposed Order admitting Eric S. Mattson, Esq., *pro hac vice.*

As noted in my enclosed Certification, we have been informed by Kai Richter, Esq., one of the attorneys for plaintiffs, that the plaintiffs do not object to the *pro hac vice* admission of Mr. Mattson. Accordingly, if the enclosed Order meets with Your Honor's approval, I would request that Your Honor enter the Order and that Your Honor's Deputy Clerk electronically file same.

Respectfully submitted,

*s/ David R. Kott*

David R. Kott

DRK/dak

Enclosure

cc: Counsel of Record ( via ECF)

ME1 51183348v.1