**McCARTER & ENGLISH, LLP**
David R. Kott, Esq.
Joseph G. Braunreuther, Esq.
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
(973) 622-4444
(973) 624-7070 FAX

**SIDLEY AUSTIN LLP**
Mark B. Blocker, Esq. (*pro hac vice*)
Scott D. Stein, Esq. (*pro hac vice*)
Caroline A. Wong, Esq. (*pro hac vice*)
One South Dearborn
Chicago, IL 60603
(312) 853-7000
(312) 853-7036 FAX

Attorneys for Defendants
  *Johnson & Johnson and The Pension*
  *& Benefits Committee of Johnson & Johnson*

| | |
|---|---|
| ANN LEWANDOWSKI, on her own behalf, on behalf of all others similarly situated, and on behalf of the Johnson & Johnson Group Health Plan and its component plans,<br><br>                                                  Plaintiff,<br>v.<br><br>JOHNSON AND JOHNSON AND THE PENSION & BENEFITS COMMITTEE OF JOHNSON AND JOHNSON,<br><br>                                                  Defendants. | UNITED STATES DISTRICT COURT<br>FOR THE DISTRICT OF NEW JERSEY<br><br>Civil Action No. 3:24-cv-00671-ZNQ-RLS<br><br>Honorable Zahid N. Quraishi<br>Honorable Rukhsanah L. Singh<br><br>**CERTIFICATION OF DAVID R. KOTT, ESQ. IN SUPPORT OF APPLICATION FOR THE ADMISSION OF ERIC S. MATTSON, ESQ.** ***PRO HAC VICE*** |

DAVID R. KOTT, of full age, hereby certifies as follows:

1. I am an attorney in good standing in the State of New Jersey and the United States District Court for the District of New Jersey, and a partner at the law firm of McCarter & English LLP, attorneys for Defendants in this matter. I submit this Certification in support of the application of Eric S. Mattson, Esq. to be admitted *pro hac vice* in this matter on behalf of

Defendants. I am familiar with the facts and information set forth herein.

2. I am counsel of record for Defendants in this matter and have agreed to serve as New Jersey counsel on behalf of Defendants and to comply with the requirements of Local Civil Rules 11.1 and 101.1(c) and Rules 1:20-1(b), 1:21-2(b), 1:21-7, and 1:28-2 of the New Jersey Court Rules. I will be responsible for receiving and signing all pleadings, briefs, and other papers submitted to this Court, and for the conduct of the cause and counsel in this matter. I agree to strictly observe the dates fixed for hearing on motions, pretrial conferences, and trials in this matter, and that I or another lawyer from this firm admitted in New Jersey will attend all court appearances.

3. I have advised Mr. Mattson of the existence of the Rules of the United States District Court for the District of New Jersey and have provided to him copies of L. Civ. R. 103.1, *Judicial Ethics and Professional Responsibility*, L. Civ. R. 101.1 (c), *Admission of Attorneys; Appearance Pro Hac Vice;* Local Counsel; and L. Civ. R. 104.1, *Discipline of Attorneys*.

4. I agree to be responsible for Eric S. Mattson's compliance with the requirements of Local Civil Rule 101.1(c).

5. Counsel for all parties have consented to this application and the *pro hac vice* admission of Eric S. Mattson, Esq..

6. I respectfully request that the Court admit Eric S. Mattson, Esq. for the purposes of appearing for and representing Defendants in this action.

I certify under penalty of perjury that the foregoing statements are true and correct.

November 20, 2024

                                                Respectfully submitted,

                                                *s/David R. Kott*
                                                David R. Kott