**McCARTER & ENGLISH, LLP**
David R. Kott, Esq.
Joseph G. Braunreuther, Esq.
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
(973) 622-4444
(973) 624-7070 FAX

**SIDLEY AUSTIN LLP**
Mark B. Blocker, Esq. (*pro hac vice*)
Scott D. Stein, Esq. (*pro hac vice*)
Caroline A. Wong, Esq. (*pro hac vice*)
One South Dearborn
Chicago, IL 60603
(312) 853-7000
(312) 853-7036 FAX

Attorneys for Defendants
 *Johnson & Johnson and The Pension*
 *& Benefits Committee of Johnson & Johnson*

|  |  |
|---|---|
| ANN LEWANDOWSKI, on her own behalf, on behalf of all others similarly situated, and on behalf of the Johnson & Johnson Group Health Plan and its component plans, <br><br> Plaintiff, <br><br> v. <br><br> JOHNSON AND JOHNSON AND THE PENSION & BENEFITS COMMITTEE OF JOHNSON AND JOHNSON, <br><br> Defendants. | UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY <br><br> Civil Action No. 3:24-cv-00671-ZNQ-RLS <br><br> Honorable Zahid N. Quraishi <br> Honorable Rukhsanah L. Singh <br><br> **CERTIFICATION OF ERIC S. MATTSON, ESQ. IN SUPPORT OF APPLICATION FOR ADMISSION *PRO HAC VICE*** |

Eric S. Mattson certifies as follows:

1. I am a partner with Sidley Austin LLP, counsel for Defendants in the above-titled action. I submit this Certification in support of my request for admission *pro hac vice* pursuant to Local Civil Rule 101.1(c).

2. My office address is One South Dearborn St., Chicago, Illinois 60603.

3. I do not reside, maintain an office, or regularly practice law in New Jersey, and am not admitted to the bar of the Supreme Court of New Jersey. As a result, I am not eligible for permanent admission to the Bar of this Court under Local Civil Rule 101.1(b).

4. I am a member in good standing of the following bars, admitted in the years shown below:

| Court | Address | Date |
|---|---|---|
| Illinois Supreme Court | 200 E. Capitol Avenue<br>Springfield, IL 62701 | 11/10/1994 |
| U.S. District Court for the District of Colorado | 901 19th Street, Suite 105A<br>Denver, CO 80294 | 5/7/2020 |
| U.S. District Court for the Northern District of Illinois | Dirksen United States Courthouse<br>219 S. Dearborn Street<br>Chicago, IL 60604 | 12/20/1994 |
| U.S. District Court for the Central District of Illinois | 100 NE Monroe Street<br>Peoria, IL 61602 | 5/16/2002 |
| U.S. District Court for the Southern District of Illinois | 721 Missouri Avenue<br>East St. Louis, IL 62201 | 10/26/2005 |
| U.S. District Court for the Western District of Michigan | 399 Federal Bldg<br>110 Michigan St NW<br>Grand Rapids MI 49503 | 7/1/2009 |
| U.S. District Court for the Eastern District of Michigan | Theodore Levin United States Courthouse<br>231 W. Lafayette Blvd.<br>Detroit, MI 48226 | 11/20/2014 |
| U.S. District Court for the Eastern District of Wisconsin | U.S. Federal Building and Courthouse<br>517 E. Wisconsin Ave.<br>Milwaukee, WI 53202 | 5/28/2024 |
| U.S. Court of Appeals for the First Circuit | 1 Courthouse Way<br>Boston, MA 02210 | 4/8/2016 |
| U.S. Court of Appeals for the Second Circuit | Thurgood Marshall United States Courthouse<br>40 Foley Square<br>New York, NY 10007 | 2/7/2017 |

| Court | Address | Date |
|---|---|---|
| U.S. Court of Appeals for the Third Circuit | 601 Market St Ste 18614<br>Philadelphia, PA 19106 | 3/6/2014 |
| U.S. Court of Appeals for the Fourth Circuit | 1000 E. Main Street<br>Richmond, VA 23219 | 3/4/2019 |
| U.S. Court of Appeals for the Fifth Circuit | 600 S. Maestri Place, Suite 115<br>New Orleans, LA 70130 | 10/7/2020 |
| U.S. Court of Appeals for the Sixth Circuit | Potter Stewart United States Courthouse<br>100 East Fifth Street<br>Cincinnati, OH 45202 | 12/9/2010 |
| U.S. Court of Appeals for the Seventh Circuit | Dirksen United States Courthouse<br>219 S. Dearborn Street<br>Chicago, IL 60604 | 11/22/1999 |
| U.S. Court of Appeals for the Eighth Circuit | Thomas F. Eagleton Courthouse<br>111 South 10th Street<br>St. Louis, MO 63102 | 10/6/2008 |
| U.S. Court of Appeals for the Ninth Circuit | 95 7th Street<br>San Francisco, CA 94103 | 7/6/2010 |
| U.S. Court of Appeals for the Eleventh Circuit | 56 Forsyth Street, N.W.<br>Atlanta, GA 30303 | 5/16/2002 |
| U.S. Court of Federal Claims | 717 Madison Place, N.W.<br>Washington, DC 20439 | 2/20/2013 |

5.   I have never been subject to discipline by any court or governing body, and no disciplinary proceedings are pending against me in any jurisdiction.

6.   I understand that I have a continuing obligation to notify the Court of any matter affecting my standing with any court in which I am admitted to practice.

7.   I have become familiar with claims made against Johnson and Johnson and the Pension and Benefits Committee of Johnson and Johnson, and have developed expertise in claims made against these entities.

8.   Because of my firm's expertise, Johnson and Johnson and the Pension and Benefits Committee of Johnson and Johnson, have requested that I represent them in connection

ME1 51181956v.1

with this lawsuit.

9. I agree to have all pleadings, briefs, and other papers filed with the Court signed by a member of the law firm of McCarter & English, LLP.

10. I am familiar with the Local Civil Rules of the United States District Court for the District of New Jersey and will abide by those rules. I agree to be bound by the rules governing practice in the District of New Jersey, including the disciplinary rules. Upon admission, I will make a payment of $150 to the Clerk of the Court pursuant to Local Rule 101.1(c), and I will make the required payment to the New Jersey Lawyers' Fund for Client Protection as directed by New Jersey State Court Rule 1:28-2(a).

11. I certify that all retainer agreements with clients in the subject litigation do not, and in the future will not violate any of the contingency fee provisions found in the New Jersey Court Rules.

I hereby certify under penalty of perjury that the foregoing is true and correct. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

November 20, 2024

_____
Eric S. Mattson, Esq.