## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ANN LEWANDOWSKI, on her own behalf and on behalf of all others similarly situated,<br><br>         Plaintiff,<br><br> v.<br><br>JOHNSON AND JOHNSON, THE PENSION & BENEFITS COMMITTEE OF JOHNSON AND JOHNSON, PETER FASOLO, WARREN LUTHER, LISA BLAIR DAVIS, and DOES 1-20.<br><br>         Defendants. | No. 3:24-cv-00671-ZNQ-RLS<br><br>**NOTICE OF CHANGE OF ADDRESS** |

Pursuant to L. Civ. R. 10.1(a), the undersigned counsel hereby notifies the Court and counsel that *pro hac vice* counsel, Daniel R. Sutter of the law firm Cohen Milstein Sellers & Toll PLLC has changed his mailing address to the following:

 Cohen Milstein Sellers & Toll PLLC
 1100 New York Ave. NW Suite 800
 Washington, DC 20005

The telephone and facsimile numbers, and email address remain the same.

Dated: December 20, 2024.

              Respectfully submitted,

              /s/ *Michael Eisenkraft*
              Michael Eisenkraft (NJ Bar No. 016532004)
              Cohen Milstein Sellers & Toll PLLC
              88 Pine Street, 14th Floor
              New York, New York 10005
              (212) 838-7797
              meisenkraft@cohenmilstein.com

              *Counsel for Plaintiff*