UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**ANN LEWANDOWSKI,** *on her own behalf, on behalf of all others similarly situated, and on behalf of the Johnson & Johnson Group Health Plan and its component plans*,

Plaintiff,

v.

**JOHNSON AND JOHNSON,** *et. al.*,

Defendants.

Civil Action No. 24-671 (ZNQ) (RLS)

**ORDER**

**QURAISHI, District Judge**

**THIS MATTER** comes before the Court upon a Motion to Dismiss filed by Defendants Johnson and Johnson and the Pension & Benefits Committee of Johnson and Johnson (collectively, "Defendants") (the "Motion," ECF No. 51.) For the reasons set forth in the accompanying Opinion,

**IT IS** on this **24th** day of **January 2025**,

**ORDERED** that Defendants' Motion (ECF No. 51) is hereby **GRANTED-IN-PART** and **DENIED-IN-PART** as follows:

- **GRANTED** as to Counts One and Two. Those counts are dismissed without prejudice for lack of Article III standing.

- **DENIED** as to Count Three.

- Plaintiff has **30 days** to file a Second Amended Complaint to remedy the issues identified in the Opinion.

s/ Zahid N. Quraishi
**ZAHID N. QURAISHI**
**UNITED STATES DISTRICT JUDGE**