| | |
|---|---|
| David R. Kott<br>MCCARTER & ENGLISH, LLP<br>Four Gateway Center<br>100 Mulberry Street<br>Newark, NJ 07102<br>Telephone: (973) 622-4444<br>dkott@mccarter.com | Scott D. Stein (*pro hac vice*)<br>Eric S. Mattson (*pro hac vice*)<br>Caroline A. Wong (*pro hac vice*)<br>SIDLEY AUSTIN LLP<br>One South Dearborn Street<br>Chicago, IL 60603<br>Telephone: (312) 853-7000<br>sstein@sidley.com<br>emattson@sidley.com<br>caroline.wong@sidley.com |

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ANN LEWANDOWSKI and ROBERT GREGORY, on their own behalf, on behalf of all others similarly situated, and on behalf of the Johnson & Johnson Group Health Plan and its component plans,<br><br>Plaintiffs,<br><br>v.<br><br>JOHNSON & JOHNSON and THE PENSION & BENEFITS COMMITTEE OF JOHNSON & JOHNSON,<br><br>Defendants. | Case No. 3:24-cv-00671-ZNQ-RLS |

**NOTICE OF DEFENDANTS' MOTION TO DISMISS COUNTS ONE AND TWO OF THE SECOND AMENDED COMPLAINT**

**PLEASE TAKE NOTICE** that on May 19, 2025, or a date to be selected by the Court, the undersigned attorney for Defendants shall move for an Order dismissing Counts One and Two of the Second Amended Complaint;

**PLEASE TAKE FURTHER NOTICE** that in Support of this Motion, Defendants shall rely upon the Certification of David R. Kott, Esq. and the Brief in Support of Defendants' Motion to Dismiss Counts One and Two of the Second Amended Complaint submitted with this notice;

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is submitted with this Motion.

Dated: April 22, 2025

Respectfully submitted,

*/s/ David R. Kott*
David R. Kott
MCCARTER & ENGLISH, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
Telephone: (973) 622-4444
dkott@mccarter.com

Scott D. Stein (*pro hac vice*)
Eric S. Mattson (*pro hac vice*)
Caroline A. Wong (*pro hac vice*)
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL 60603
Telephone: (312) 853-7000
sstein@sidley.com
emattson@sidley.com
caroline.wong@sidley.com

*Attorneys for Defendants*