| | |
|---|---|
| David R. Kott<br>MCCARTER & ENGLISH, LLP<br>Four Gateway Center<br>100 Mulberry Street<br>Newark, NJ 07102<br>Telephone: (973) 622-4444<br>dkott@mccarter.com | Scott D. Stein (*pro hac vice*)<br>Eric S. Mattson (*pro hac vice*)<br>Caroline A. Wong (*pro hac vice*)<br>SIDLEY AUSTIN LLP<br>One South Dearborn Street<br>Chicago, IL 60603<br>Telephone: (312) 853-7000<br>sstein@sidley.com<br>emattson@sidley.com<br>caroline.wong@sidley.com |

*Attorneys for Defendants*

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ANN LEWANDOWSKI and ROBERT GREGORY, on their own behalf, on behalf of all others similarly situated, and on behalf of the Johnson & Johnson Group Health Plan and its component plans,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>JOHNSON & JOHNSON and THE PENSION & BENEFITS COMMITTEE OF JOHNSON & JOHNSON,<br><br>　　　　　Defendants. | Case No. 3:24-cv-00671-ZNQ-RLS |

### ORDER GRANTING DEFENDANTS' MOTION TO DISMISS AND DISMISSING COUNTS ONE AND TWO OF THE SECOND AMENDED COMPLAINT

**THIS MATTER** having come before the Court upon the motion of

McCarter & English, LLP, counsel for Johnson & Johnson and the Pension &

Benefits Committee of Johnson & Johnson (together, "Defendants") for an Order granting Defendants' Motion to Dismiss Counts One and Two of the Second Amended Complaint filed by Plaintiffs Ann Lewandowski and Robert Gregory ("Plaintiffs"), and on notice to Cohen Milstein Sellers & Toll PLLC, Fairmark Partners, LLP, and Wheeler, Diulio & Barnabei, P.C., counsel for Plaintiffs, and the Court having considered the submissions on behalf of the parties, and the Court having heard the arguments of counsel, and for good cause shown:

**IT IS ON THIS** _____ day of _____ 2025,

**ORDERED** that Defendants' Motion to Dismiss Counts One and Two of the Second Amended Complaint is hereby **GRANTED**; and

**ORDERED** that Counts One and Two against Defendants in Plaintiffs' Second Amended Complaint are hereby dismissed [with prejudice (if based on motion under Rule 12(b)(6))] or [without prejudice (if based on motion under Rule 12(b)(1))].

_____
HON. ZAHID N. QURAISHI, U.S.D.J.

ME1 52868684v.1