**McCARTER & ENGLISH, LLP**
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07101-0652
(973) 622-4444
(973) 624-7070 FAX
Attorneys for Defendants
 *Johnson & Johnson and The Pension*
 *& Benefits Committee of Johnson & Johnson*

|  |  |
|---|---|
|  | UNITED STATES DISTRICT COURT<br>FOR THE DISTRICT OF NEW JERSEY |
| ANN LEWANDOWSKI and ROBERT GREGORY, on their own behalf, on behalf of all others similarly situated, and on behalf of the Johnson & Johnson Group Health Plan and its component plans,<br><br>    Plaintiffs,<br><br>  v.<br><br>JOHNSON & JOHNSON and THE PENSION & BENEFITS COMMITTEE OF JOHNSON & JOHNSON,<br><br>    Defendants. | Civil Action No. 3:24-cv-00671-ZNQ-RLS<br><br>Honorable Zahid N. Quraishi<br>Honorable Rukhsanah L. Singh<br><br>**CERTIFICATION OF SERVICE** |

DAVID R. KOTT, of full age, hereby certifies as follows:

1. I am an attorney-at-law of the State of New Jersey and a member of the law firm of McCarter & English, LLP, attorneys for Defendants.

2. On June 9, 2025, I caused the following documents to be filed via ECF with the Clerk of the United States District Court for the District of New Jersey and served upon all parties of record via ECF:

  a. Defendants' Reply Brief in Support of Notice of Motion to Dismiss Counts One and Two of the Second Amended Complaint and;

      b. This Certification of Service.

   3. On June 10, 2025, courtesy copies of the aforementioned documents were served via First Class mail to:

> Honorable Rukhsanah L. Singh, U.S.M.J.
> United States District Court for the District of New Jersey
> Clarkson S. Fisher Federal Building and
> United States Courthouse
> 402 East State Street, Room 7 W
> Trenton, NJ 08608

I hereby certify that the foregoing statements are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

           *s/David R. Kott*
           DAVID R. KOTT

Dated: June 9, 2025