

David Kott
Partner

T. 973-639-2056
F. 973-624-7070

dkott@mccarter.com

McCarter & English, LLP

Four Gateway Center
100 Mulberry St.
Newark, NJ 07102

www.mccarter.com

September 26, 2025

VIA ECF

The Honorable Zahid N. Quraishi
United States District Court for the District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets, Room 1050
Camden, NJ 08101

**Re:** *Ann Lewandowski et al. v. Johnson and Johnson and the Pension & Benefits Committee of Johnson & Johnson;*
**Civil Action No. 3:24-cv-00671-ZNQ-RLS**

Dear Judge Quraishi:

As you know, Zachary Cimring, a Judicial Law Clerk of yours from September 2024 to September 2025 has become an Associate Attorney of our firm. We understand that Attorney Cimring has participated as a Judicial Law Clerk in the following matter: Lewandowski v. J&J, Civ. No. 24-671. Pursuant to New Jersey Rule of Professional Conduct ("RPC") 1.12(b), Attorney Cimring has been screened from any participation in this matter and will not be apportioned any part of the fee therefrom. We are providing this notice to enable Your Honor and the parties to ascertain compliance with the provisions of RPC 1.12(b).

Please contact me if you have any questions.

Respectfully,

*s/David R. Kott*

David R. Kott


cc: All Counsel of Record via ECF

ME1\58145415.v1