UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**ANN LEWANDOWSKI** and **ROBERT GREGORY**, *on their own behalf, on behalf of all others similarly situated, and on behalf of the Johnson & Johnson Group Health Plan and its component plans*,

Plaintiffs,

v.

**JOHNSON AND JOHNSON,** *et al.*,

Defendants.

Civil Action No. 24-671 (ZNQ) (RLS)

**ORDER**

**QURAISHI, District Judge**

**THIS MATTER** comes before the Court upon a Motion to Dismiss Counts One and Two of the Second Amended Complaint filed by Defendants Johnson and Johnson and the Pension & Benefits Committee of Johnson and Johnson. ("Motion," ECF No. 75.) For the reasons set forth in the accompanying Opinion,

**IT IS** on this **26th** day of **NOVEMBER 2025**,

**ORDERED** that Defendants' Motion (ECF No. 75) is hereby **GRANTED**; and it is further

**ORDERED** that Counts One and Two will be dismissed without prejudice for lack of Article III standing; and it is further

**ORDERED** that this case be terminated pending submission of a Third Amended Complaint.

s/ Zahid N. Quraishi
**ZAHID N. QURAISHI**
**UNITED STATES DISTRICT JUDGE**