

**David R. Kott**
Partner
T. 973-639-2056
F. 973-624-7070
dkott@mccarter.com

McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102-4056

www.mccarter.com

**VIA ECF**

December 17, 2025

Hon. Rukhsanah L. Singh, U.S.M.J.
U.S. District Court for the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton. New Jersey  08608

**Re:** *Ann Lewandowski v Johnson and Johnson and The Pension & Benefits Committee of Johnson and Johnson;*
Civil Action No. 3:24-cv-00671 ZNQ-RLS

Dear Judge Singh:

We represent the defendants in this case. On November 22, 2024, an Order Admitting Eric S. Mattson, Esq. *Pro Hac Vice* was entered. [Document No. 66 Filed 11-22-24].  By this letter we request that Your Honor enter an order permitting Mr. Mattson to withdraw as counsel for the defendants.

Mr. Mattson is a partner at Sidley Austin.  He is retiring.  Previously a number of other Sidley Austin attorneys were admitted *pro hac* and they will remain as counsel for the defendants.  Accordingly, if the enclosed Order meets with Your Honor's approval, I would request that Your Honor enter the Order and that Your Honor's Deputy Clerk electronically file same.


Respectfully submitted,

*s/ David R. Kott*

David R. Kott

DRK/dak

Enclosure

cc: Counsel of Record ( via ECF)

ME1\59384764.v1