Michael Eisenkraft
COHEN MILSTEIN SELLERS &
TOLL, PLLC
88 Pine Street, 14th Floor
New York, New York 10005
(212) 838-7797
meisenkraft@cohenmilstein.com

Michelle Yau (*pro hac vice*)
Daniel Sutter (*pro hac vice*)
1100 New York Ave. NW, 8th Floor
Washington, D.C. 20005
(202) 408-4600
myau@cohenmilstein.com
dsutter@cohenmilstein.com

Kai Richter (*pro hac vice*)
400 South 4th Street #401-27
Minneapolis, MN 55415
(612) 807-1575
krichter@cohenmilstein.com

Jamie Crooks (*pro hac vice*)
Michael Lieberman (*pro hac vice*)
FAIRMARK PARTNERS, LLP
400 7th Street NW
Suite 304
Washington, DC 20004
(619) 507-4182
jamie@fairmarklaw.com
michael@fairmarklaw.com

Michael Casper
WHEELER, DIULIO & BARNABEI
P.C.
1650 Arch Street, Suite 2200
Philadelphia, PA 19103
(215) 971-1000
mcasper@wdblegal.com

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ANN LEWANDOWSKI AND ROBERT GREGORY, on their own behalf and on behalf of all others similarly situated,<br><br>              Plaintiffs,<br>   v.<br><br>JOHNSON AND JOHNSON, THE PENSION & BENEFITS COMMITTEE OF JOHNSON AND JOHNSON, PETER FASOLO, WARREN LUTHER, LISA BLAIR DAVIS, and DOES 1-20.<br><br>              Defendants. | Case No. 3:24-cv-00671-ZNQ-RLS<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF COUNT III OF SECOND AMENDED COMPLAINT AND REQUEST TO ENTER FINAL JUDGMENT** |

Plaintiff Ann Lewandowski hereby provides notice that she voluntarily dismisses her claim in Count III of the Second Amended Complaint, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).[1]

Plaintiffs Ann Lewandowski and Robert Gregory further provide notice that they do not intend to amend their Second Amended Complaint in response to the Court's Opinion and Order dismissing Counts I and II (ECF Nos. 84 & 85), and a final judgment may be entered accordingly. Plaintiffs reserve all rights to appeal from the final judgment and underlying Opinion and Order.

Dated: December 18, 2025            Respectfully Submitted,

*/s/ Michael Eisenkraft*
Michael Eisenkraft (NJ Bar No. 016532004)
COHEN MILSTEIN SELLERS & TOLL, PLLC
88 Pine Street, 14th Floor
New York, New York 10005
(212) 838-7797
meisenkraft@cohenmilstein.com

Michelle Yau (admitted *pro hac vice*)
Daniel Sutter (admitted *pro hac vice*)
COHEN MILSTEIN SELLERS & TOLL, PLLC
1100 New York Ave. NW, Eighth Floor
Washington, D.C. 20005
(202) 408-4600
myau@cohenmilstein.com
dsutter@cohenmilstein.com

Kai Richter (admitted *pro hac vice*)
COHEN MILSTEIN SELLERS & TOLL, PLLC

---

[1] The claim in Count III was asserted solely by Ms. Lewandowski and was not asserted by co-Plaintiff Robert Gregory.

1

400 South 4th Street #401-27
Minneapolis, MN 55415
(612) 807-1575
krichter@cohenmilstein.com

Jamie Crooks (admitted *pro hac vice*)
Michael Lieberman (admitted *pro hac vice*)
FAIRMARK PARTNERS, LLP
400 7th Street NW
Suite 304
Washington, DC 20004
(619) 507-4182
jamie@fairmarklaw.com
michael@fairmarklaw.com

Michael Casper
WHEELER, DIULIO & BARNABEI, P.C
1650 Arch Street, Suite 2200
Philadelphia, PA 19103
(215) 971-1000
mcasper@wdblegal.com

*Attorneys for Plaintiffs and the Proposed Class*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 18th day of December 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*/s/ Michael Eisenkraft*
Michael Eisenkraft
