# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ANN LEWANDOWSKI AND ROBERT GREGORY, on their own behalf and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>JOHNSON AND JOHNSON, THE PENSION & BENEFITS COMMITTEE OF JOHNSON AND JOHNSON, PETER FASOLO, WARREN LUTHER, LISA BLAIR DAVIS, and DOES 1-20.<br><br>Defendants. | Case No. 3:24-cv-00671-ZNQ-RLS<br><br>**ORDER OF JUDGMENT** |

WHEREAS, this Court dismissed Plaintiffs' claims in Counts I and II of the Second Amended Complaint in an Opinion and Order dated November 26, 2025, *see* ECF Nos. 84-85; and

WHEREAS, Plaintiffs filed a Notice of Voluntary Dismissal of Count III of Second Amended Complaint and Request to Enter Final Judgment ("Notice") on December 18, 2025, *see* ECF No. 88; and

WHEREAS, the Notice indicates that Plaintiff Ann Lewandowski voluntarily dismisses her claim in Count III of the Second Amended Complaint,

1

with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i);[1] and

WHEREAS, the Notice further indicates that Plaintiffs Ann Lewandowski and Robert Gregory do not intend to amend their Second Amended Complaint in response to the Court's Opinion and Order dismissing Counts I and II of the Second Amended Complaint; and

WHEREAS, Plaintiffs and Defendants have requested that a final judgment be entered consistent with the foregoing, *see* Dkt. 90;

**IT IS** on this __th day of December 2025,

**ORDERED** that Counts I and II of the Second Amended Complaint are dismissed without prejudice for lack of subject matter jurisdiction, consistent with this Court's Opinion and Order dated November 26, 2025 (ECF Nos. 84-85);

**ORDERED** that Count III of the Second Amended Complaint is dismissed with prejudice consistent with Plaintiffs' Notice of voluntary dismissal of the same dated December 18, 2025 (ECF No. 88);

**ORDERED** that **JUDGMENT** is entered accordingly in favor of Defendants and against Plaintiffs without costs or fees to either party; and

---

[1] The claim in Count III was asserted solely by Ms. Lewandowski and was not asserted by co-Plaintiff Robert Gregory.

**ORDERED** that the Clerk is instructed to mark this matter **CLOSED**.

_____
HON. ZAHID N. QURAISHI
UNITED STATES DISTRICT JUDGE